IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO. _____ |
| v. ) | |
| ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., ) | removed from the State Court |
| ) | of Gwinnett County, Georgia) |
| Defendant. ) | |

**CERTIFICATION OF NOTICE OF REMOVAL TO PLAINTIFF**

Frontier Airlines, Inc. defendant in the case of *Sue Hiatt v. Frontier Airlines, Inc. and City of Atlanta,* Civil Action File No. 17C01240-4, in the State Court of Gwinnett County, State of Georgia, has given notice of the filing of the foregoing notice of removal to plaintiff by mailing a copy of the notice of removal to plaintiff's counsel of record.  This defendant also has filed a copy of said notice of removal with the Clerk of the State Court of Gwinnett County, State of Georgia, in accordance with the provisions of 28 U.S.C. § 1446.  The undersigned, J. Arthur Mozley and Anne M. Landrum, counsel of record for this defendant, hereby certify to the truthfulness and correctness of the above statements.

Respectfully submitted this 7th day of April, 2017.

-2-

        */s/ J. Arthur Mozley*
J. Arthur Mozley
Georgia Bar No. 527700


        */s/ Anne M. Landrum*
Anne M. Landrum
Georgia Bar No. 433990

Attorneys for defendant
Frontier Airlines, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive, NE
Atlanta, GA  30342-1386
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
amozley@mfllaw.com
alandrum@mfllaw.com
#4268151

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court |
| | ) | of Gwinnett County, Georgia) |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

I hereby certify that on this date I electronically filed the foregoing *Certification of Notice of Removal to Plaintiff* with the Clerk of Court using the CM/ECF system as well as mailed the same via first class mail in a properly addressed envelope with adequate postage thereon upon the following counsel of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 7th day of April, 2017.

                                  */s/  Anne M. Landrum*
                                  Anne M. Landrum
                                  Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive, NE
Atlanta, GA  30342-1386
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
amozley@mfllaw.com
alandrum@mfllaw.com