IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court |
| | ) | of Gwinnett County, Georgia) |
| Defendant. | ) | |

## FRONTIER AIRLINES, INC.'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW defendant Frontier Airlines, Inc. and files this, its Certificate of Interested Persons pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the United States District Court for the Northern District of Georgia, respectfully showing the Court as follows:

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff Sue Hiatt

Defendant Frontier Airlines, Inc.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff:   J. Marcus Howard
             Geoffrey E. Pope
             Pope & Howard, P.C.
             945 East Paces Ferry Road
             Suite 2525
             Atlanta, Georgia  30326
             (404.885.9999) (Telephone)
             mhoward@popehoward.com

Defendant:  J. Arthur Mozley
            Anne E. Landrum
            Mozley, Finlayson & Loggins LLP
            One Premier Plaza, Suite 900
            5605 Glenridge Drive NE
            Atlanta, GA 30342-1386
            (404) 256.0700 (Telephone)
            amozley@mfllaw.com
            alandrum@mfllaw.com

Respectfully submitted this 7th day of April, 2017.

/s/ J. Arthur Mozley
J. Arthur Mozley
Georgia Bar No. 527700
Anne M. Landrum
Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
amozley@mfllaw.com
alandrum@mfllaw.com

Attorneys for defendant
Frontier Airlines, Inc.

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court |
| | ) | of Gwinnett County, Georgia) |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed the foregoing **Certificate of Interested Persons** with the Clerk of Court using the CM/ECF system as well as mailed the same via first class mail in a properly addressed envelope with adequate postage thereon upon the following counsel of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 7th day of April, 2017.

/s/ Anne M. Landrum

Anne M. Landrum
Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive, NE
Atlanta, GA  30342-1386
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
amozley@mfllaw.com
alandrum@mfllaw.com
426816