IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO. _____ |
| v. ) | |
| ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., ) | removed from the State Court |
| ) | of Gwinnett County, Georgia) |
| Defendant. ) | |

**FRONTIER AIRLINES, INC.'S CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.3 of the Local Rules of the United States District Court for the Northern District of Georgia, defendant Frontier Airlines, Inc. states that it is owned by Frontier Airlines Holdings, Inc., which is a privately held company, and there is accordingly no publicly held entity that owns ten percent (10%) or more of Frontier's stock.

Respectfully submitted this 7th day of April, 2017.

                                                   *J. Arthur Mozley*
                                                  J. Arthur Mozley
                                                  Georgia Bar No. 527700
                                                  Anne M. Landrum
                                                  Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
amozley@mfllaw.com
alandrum@mfllaw.com

*Attorneys for defendant*
*Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court |
| | ) | of Gwinnett County, Georgia) |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed the foregoing **Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system as well as mailed the same via first class mail in a properly addressed envelope with adequate postage thereon upon the following counsel of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 7th day of April, 2017.

                                            */s/ Anne M. Landrum*
                                            Anne M. Landrum
                                            Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive, NE
Atlanta, GA  30342-1386
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
amozley@mfllaw.com
alandrum@mfllaw.com
#426820