# EXHIBIT B

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SUE HIATT, | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 17C01240-4 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| FRONTIER AIRLINES, INC. and CITY OF ATLANTA, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Sue Hiatt and Defendant City of Atlanta ("City") stipulate as follows:

1. Plaintiff has agreed to dismiss the City as a Defendant without prejudice based on the representations made in the affidavit attached hereto.

2. In the event facts are discovered that suggest the City may have liability to Plaintiff for the facts alleged in the Complaint, Defendant City agrees to the following:

    a. The City will consent to being added back into this action (or any removed action) as a defendant;

    b. The City will acknowledge service of process on any amended complaint adding the City back into this action as a Defendant;

    c. The City will waive any defense based on statute of limitations grounds; and

    d. The City will not rely on deadlines set forth in any scheduling order or joint preliminary planning report to claim that Plaintiff has waived her right to amend the complaint or add the City back into this action (or any removed action) as a party.

3. Defendant City does not waive, but specifically reserves the right to assert any defenses other than those set out above in the event it is added back into this action at a later date.

4. Based on the stipulations and agreements stated above, Plaintiff Sue Hiatt hereby dismisses Defendant City without prejudice.

This 5th day of April, 2017.

POPE & HOWARD, P.C.

_____
J. Marcus Howard
Georgia State Bar No. 370076
945 E. Paces Ferry Rd.
Suite 2525
Atlanta, Georgia 30326
Tel. (404) 885-9999
mhoward@popehoward.com

Attorneys for Plaintiff

MOZLEY, FINLAYSON & LOGGINS

_____
Edward C. Bresee, Jr.
Georgia State Bar No. 004820
5605 Glenridge Drive
Suite 900
Atlanta, Georgia 30340
Tel: (404) 256-0700
mbresee@mfllaw.com

Attorneys for Defendant City of Atlanta

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SUE HIATT, | ) |
|     Plaintiff, | ) Civil Action No.: 17C01240-4 |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| FRONTIER AIRLINES, INC. and CITY OF ATLANTA, | ) |
|     Defendants. | ) |

## AMENDED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Sue Hiatt and Defendant City of Atlanta ("City") hereby file this Amended Stipulation of Dismissal without Prejudice to attach the Affidavit of Paul Meyer.

This 7th day of April, 2017.

POPE & HOWARD, P.C.

*/s/ J. Marcus Howard*
J. Marcus Howard
*(signed with express permission)*
Georgia State Bar No. 370076
945 E. Paces Ferry Rd.
Suite 2525
Atlanta, Georgia 30326
Tel. (404) 885-9999
mhoward@popehoward.com

Attorneys for Plaintiff

MOZLEY, FINLAYSON & LOGGINS

*/s/ Edward C. Bresee, Jr.*
Edward C. Bresee, Jr.
Georgia State Bar No. 004820
5605 Glenridge Drive
Suite 900
Atlanta, Georgia 30340
Tel: (404) 256-0700
mbresee@mfllaw.com

Attorneys for Defendant City of Atlanta

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| SUE HIATT, | : |
| Plaintiff, | : Case No.: 17-C-01240-4 |
| vs. | : |
| FRONTIER AIRLINES, INC. and CITY OF ATLANTA | : |
| Defendants. | : |

### AFFIDAVIT OF PAUL MEYER

Personally appeared before the undersigned officer duly authorized to administer oaths Paul Meyer, who deposes and states as follows:

1.

I am Assistant General Manager for Operations, Maintenance and Transportation for the City of Atlanta at Hartsfield Jackson International Airport. This Affidavit is made upon my personal knowledge.

2.

It is my understanding that the above-referenced lawsuit has been filed against the City of Atlanta and Frontier Airlines, Inc. alleging that the plaintiff was injured by the negligence of an employee transporting her in a wheelchair within the airport.

3.

While we are not aware of this incident and do not have any reports on it, the City of Atlanta does not provide wheelchair transportation for any passengers within the airport. Therefore, the person transporting plaintiff Hiatt would not have been an employee of the City of Atlanta.

Further affiant sayeth not.

_____
PAUL MEYER

Sworn to and subscribed
before me this 5th
day of April, 2017.

_____
Notary Public
My commission expires:
426473

Yvette W Howard
NOTARY PUBLIC
DeKalb County, GEORGIA
My Comm. Expires
07/20/2019

[2]