IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01264-CAP |
| v. | ) | _____ |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court of |
| | ) | Gwinnett County, Georgia) |
| Defendant. | ) | |

## **RULE 5.4 CERTIFICATE REGARDING DISCOVERY**

Pursuant to Northern District of Georgia Local Rule 5.4, we hereby certify that on this day, we served the

*(1)   Objection of Defendant Frontier Airlines, Inc. to Discovery Served With Complaint.*

upon all counsel of record by depositing a copy in the United States Mail, in a properly addressed envelope with adequate postage thereon, addressed to the following:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

We further certify that we have, this day, electronically filed this **RULE 5.4 CERTIFICATE REGARDING DISCOVERY** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this matter.

Pursuant to Northern District of Georgia Local Rule 5.1, the foregoing certificate is prepared in Times New Roman, 14 point.

This 20th day of April, 2017.

>*/s/ Anne M. Landrum*
>Anne M. Landrum
>Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
alandrum@mfllaw.com