IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
|    *Plaintiff,* | ) | **CIVIL ACTION FILE** |
| | ) | **NO.: 1:17-cv-01264-CAP** |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
|    *Defendant*. | ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERESONS

COMES NOW Plaintiff Sue Hiatt and files this, her Certificate of Interested Persons pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the United States District Court for the Northern District of Georgia, respectfully showing the Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff Sue Hiatt

    Defendant Frontier Airlines, Inc.

    Potentially G.A.T. Airline Ground Support, Inc.

(2)  The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Pope & Howard, PC
>
> Geoffrey E. Pope
>
> J. Marcus Howard

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> Plaintiff:   J. Marcus Howard
> Geoffrey E. Pope
> Pope & Howard, P.C.
> 945 E. Paces Ferry Road, Suite 2525
> Atlanta, Georgia 30326
> 404-885-9999
> mhoward@popehoward.com
> gpope@popehoward.com

    Defendant:  J. Arthur Mozley
Anne E. Landrum
Mozley, Finlayson & Loggins, LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive NE
Atlanta, Georgia 30342
404-256-0700
amozley@mfllaw.com
alandrum@mfllaw.com

Respectfully submitted this 8th day of May, 2017.

POPE & HOWARD, P.C.

*/s/ J. Marcus Howard*

J. Marcus Howard
Georgia Bar No. 370076
945 E. Paces Ferry Road, Suite 2525
Atlanta, Georgia 30326
404-885-9999
mhoward@popehoward.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | ) |
| | ) |
| *Plaintiff,* | ) CIVIL ACTION FILE |
| | ) NO.: 1:17-cv-01264-CAP |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., | ) |
| | ) |
| *Defendant.* | ) |

## CERTIFICATE OF SERVICE

This is to hereby certify that I have this day served the **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Arthur Mozley
Ann M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Pursuant to Local Rule 5.1, NDGa, the foregoing pleading is prepared in Times New Roman, 14 point type.

This 8th day of May, 2017.

*/s/ J. Marcus Howard*
J. Marcus Howard
Georgia Bar No. 370076
mhoward@popehoward.com