## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | ) |
| | ) |
|     *Plaintiff*, | )     **CIVIL ACTION FILE** |
| | )     **NO.: 1:17-cv-01264-CAP** |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., | ) |
| | ) |
|     *Defendant*. | ) |

## PLAINTIFF'S INITIAL DISCLOSURES

1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

**This is a case alleging negligent failure of a common carrier to provide a timely medical response to a passenger. Plaintiff suffered a stroke while in Defendant's care as a common carrier. Defendant failed to notice or take action in time to prevent or limit injuries to Plaintiff. The legal issues are negligence, causation and damages.**

2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

**Georgia law of negligence involving common carriers and any related Federal Aviation Regulations, which may form a basis for negligence per se.**

3)     Provide the name, and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information (Attach witness list to Initial Disclosures as Attachment A.)

4)     Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report classifying the provisions of that rule.  (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

5)     Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

6)     In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34.  (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

7)     Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgement which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgement.  (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

8)     Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

Respectfully submitted this 8th day of May, 2017.

           Pope & Howard, P.C.

           */s/ J. Marcus Howard*
           J. Marcus Howard
           Georgia Bar No. 370076
           945 E. Paces Ferry Road, Suite 2525
           Atlanta, Georgia 30326
           404-885-9999
           mhoward@popehoward.com

Attachment A

Sue Hiatt

Tona Shrum

Jim Hiatt

Jen Hiatt

Randy Hiatt

Chelae Hiatt

Ladonna Middlesworth

Keith Middlesworth

Medical providers at
Intermountain Medical Center

Medical providers at
Northern Utal Rehabilitation

Medical providers at
Symbii Home Health Care

Attachment B

No trial expert has yet been determined.

Attachment C

Video of Sue Hiatt at the Frontier Airlines counter and gate on 7/31/16 in Hartsfield Jackson Airport

Medical records from
Intermountain Medical Center

Medical records from
Northern Utal Rehabilitation

Medical records from
Symbii Home Health Care

Attachment D

Medical bills from
Intermountain Medical Center

Medical bills from
Northern Utal Rehabilitation

Medical bills from
Symbii Home Health Care

Attachment E

Medicare may claim a right of reimbursement.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.: 1:17-cv-01264-CAP |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to hereby certify that I have this day served the **PLAINTIFF'S INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Arthur Mozley
Ann M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Pursuant to Local Rule 5.1, NDGa, the foregoing pleading is prepared in Times New Roman, 14 point type.

This 8th day of May, 2017.

*/s/ J. Marcus Howard*
_____
J. Marcus Howard
Georgia Bar No. 370076
mhoward@popehoward.com
