```
            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

SUE HIATT,

      Plaintiff,     |     CIVIL ACTION

  v.     |     NO. 1:17-CV-01264-CAP

FRONTIER AIRLINES, INC.,

      Defendant,

**O R D E R**

Upon review of the information contained in the Joint Preliminary Planning Report and Scheduling Order, the court orders that the time limits for adding parties, amending pleadings, filing motions, completing discovery, and discussing settlement are stated in the completed form [Doc. No. 7] except as herein modified: Daubert motions with regard to expert testimony shall be filed no later than 30 days after the close of discovery. This case will precede on a eight (8) month discovery track.

SO ORDERED, this  10th  day of May, 2017.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
Senior United States District Judge