## ATTACHMENT "A"

The names and telephone numbers of individuals likely to have discoverable information that Frontier Airlines, Inc. ("Frontier") may use to support its defenses are as follows:

(1)     Mandisa Magagula, Frontier's supervisor on duty on the date of the incident alleged in plaintiff's complaint;

(2)     Johanna Williams, flight attendant on the flight on which plaintiff traveled on the date of the incident alleged in the complaint; and

(3)     Isaac Afetornu, flight attendant on the flight on which plaintiff traveled on the date of the incident alleged in the complaint.

#429335