## ATTACHMENT "C"

Documents and other tangible things in the possession, custody or control of defendant Frontier Airlines, Inc., which it may use to support its defenses, include the following. Frontier reserves the right to amend or supplement this list as its investigation progresses.

(1) Flight booking information sheet regarding Sue Shrum (see attached);

(2) Flight worksheet for flight number 1897 on July 31, 2016 (see attached);

(3) Written statement of Mandisa Magagula (see attached);

(4) Written statement of Johanna Williams (see attached); and

(5) Written statement of Isaac Afetornu (see attached).

#429483



# FRONTIER

## Flight Worksheet

Case 1:17-cv-01264-CAP  Document 11-2  Filed 08/11/17  Page 3 of 6

Form Number: 31320
Effective Date: 07/13/16

| Date: 07.31.2016 | Flight #: 1897 | Agent Name/Employee #: _____ EAAC | | Overhead Bin | Baggage |
|---|---|---|---|---|---|
| Destination: SLC | #UMNR: 5 | Supervisor/Lead: Joranna / Mandi | | | |
| Gate: D1 | #WCHR: 3 | GSC: AM | A/C Type: A319 | A/C #: 918 | Valet: |
| | #THRU: 0 | CRO: Mandi | Capacity: 150 | | Oversize: |
| Animal on Tail: | | Ramp Lead: | Infants: | | Gate COB: |
| ETD: 15:40 | Adjusted ETD: | Flight Time: | USH: ☐ | FOCUS locator: SPETXN | Returned from A/C: |
| | Turn Time: 40 mins | Late IB Delay Code: | Flight Miles: | | #Checked Bags: |

## Departure Time Management

| Description | Time |
|---|---|
| Block Time | 14:18 |
| Last Passenger Off | 14:27 |
| Cleaning crew Off | - |
| Crew Approval (face to face) | 15:02 |
| Began Boarding | 15:06 |
| Last Passenger On'd | 15:29 |
| Last Passenger on the A/C | 15:35 |
| PAX count provided to FA and Ramp | 15:36 |
| WB worksheet provided to Captain | 15:36 |
| Door Closed | 15:37 |
| Flight Out | 15:38 |

## Agent Notes
(Note anything that might cause a flight delay)

Aisle Chair 15:12

Tarmac Delay Plan - Announcement at 30 minutes
Tarmac Delay Plan - Announcement at 60 minutes
ETD – Flight Out Time = Delay Total

## Inbound Flight & Crew

and Times must be added to Flight Remarks

| Flight | Capacity: | Overbooked Booked: | DHD: ☐ |
|---|---|---|---|
| 1504 | Compensation: | | |
| #WCHR: 6 | City: MEM | ETA: 1408 | Hotel phone #: - | Protection: | Hotel: |

## Connecting Passengers

| Flight # | ETA | #PAX | Hold |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

A320 120 PAX or less:
Seat evenly in front and back

### References:
- CSM Chapter 80
- Gate Management
- Quick Reference
- 40.00 Gates

# Statement

I was the supervisor on duty for flight 1897 ATL- SLC on July 31st 2016. I Do not recall anything out of the ordinary on this particular day, and recieved no complaints from any passengers regarding wheelchair services.

Mandisa Magagua

ON July 31, 2016 JoTanna Williams does not Recall what happened on that day.

JoTanna Williams
9-17-2016

I ISAAC AFETORNU DO NOT RECALL ANYTHING THAT HAPPENED ON JULY 31ST, 2016 IN CONNECTION TO FRONTIER AIRLINES FLIGHT 1897 TO SLC.

*[signature]*

ISAAC AFETORNU
(09.17.2016)