**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
|     *Plaintiff,* | ) | **CIVIL ACTION FILE** |
| | ) | **NO.: 1:17-cv-01264-CAP** |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
|     *Defendant*. | ) | |

**CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT TO JOIN ABM AVIATION, INC. AS A DEFENDANT AND SUPPORTING BRIEF**

Plaintiff moves this Court as follows:

### I.    INTRODUCTION AND STATEMENT OF FACTS

This case arises out of an incident on July 31, 2016 involving Plaintiff Sue Hiatt during the boarding process and flight on an aircraft operated by Defendant Frontier Airlines, Inc. ("Frontier"). As a result of facts learned during discovery, Plaintiff alleges that ABM Aviation, Inc. ("ABM") was the company that provided wheelchair service to Ms. Hiatt during boarding on the date of the incident. As is detailed in the attached Amended Complaint, Plaintiff alleges that ABM was negligent in that the ABM employee who transported Ms. Hiatt from the ticket counter to her gate made no effort to determine whether Ms. Hiatt was in need of

1

medical assistance, which is the central allegation of negligence in this case. The statute of limitation on Plaintiff's claims against ABM will not expire until July 31, 2018. Rather than file a separate action against ABM, Plaintiff seeks to join ABM as a defendant in this case. Defendant Frontier consents to this motion.

## II.   ARGUMENT AND CITATION OF AUTHORITIES

Federal Rules of Civil Procedure 15 provides that except in circumstances not relevant here "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). In this case, all parties are consenting, and Plaintiff requests the Court grant leave to ensure that all responsible parties are brought together in one action.

Joinder of ABM Aviation, Inc. is also permitted under Federal Rule of Civil Procedure 20, which provides that "[p]ersons . . . may be joined in one action as defendants if . . . any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences." Fed. R. Civ. P. 20(a)(2)(A). In this case, ABM Aviation, Inc. fits this definition. Plaintiff alleges that ABM Aviation, Inc. had an opportunity to avoid the injury suffered by Ms. Hiatt had it acted appropriately. Thus, ABM Aviation, Inc. fits the definition under Rule 20 because

Plaintiff asserts the right to recover for her injuries against all defendants with respect to the circumstances leading to her injuries.

From a practical standpoint, it makes sense to permit Plaintiff to join ABM Aviation, Inc. to this action. The other alternative would be for Plaintiff to file a separate action against ABM Aviation, Inc., which would create duplication and inefficiency. Since all parties consent, there is no reason to force Plaintiff to file a separate action against ABM Aviation, Inc.

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enter the attached Consent Order permitting Plaintiff to file its Amended Complaint and join ABM Aviation, Inc. as a defendant. Attached as Exhibit A is a proposed consent order and attached as Exhibit B is the Amended Complaint.

Respectfully submitted this 5th day of June, 2017.

        POPE & HOWARD, P.C.

        */s/ J. Marcus Howard*
        J. Marcus Howard
        Georgia Bar No. 370076
        945 E. Paces Ferry Road, Suite 2525
        Atlanta, Georgia 30326
        404-885-9999
        mhoward@popehoward.com

        Attorneys for Plaintiff

CONSENTED TO BY:

MOZLEY, FINLAYSON & LOGGINS, LLP


*/s/ Anne M. Landrum*
Anne M. Landrum
Georgia Bar No. 433990
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386
404-245-0700
alandrum@mfllaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **Consent Motion for Leave to Amend Complaint to Join ABM Aviation, Inc. as a Defendant** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> John Arthur Mozley
> Anne M. Landrum
> Mozley, Finlayson & Loggins
> 5605 Glenridge Drive
> One Premier Plaza, Suite 900
> Atlanta, Georgia 30342-1386

Pursuant to Local Rule 5.1, NDGa, the foregoing pleading is prepared in Times New Roman, 14 point type.

This 5th day of June, 2017.

> */s/ J. Marcus Howard*
> J. Marcus Howard
> Georgia Bar No. 370076
> mhoward@popehoward.com

5