IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
|    *Plaintiff,* | ) | **CIVIL ACTION FILE** |
| | ) | **NO.: 1:17-cv-01264-CAP** |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| | ) | |
|    *Defendant*. | ) | |

**ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT:**

Plaintiff is permitted to file an Amended Complaint and to Join ABM Aviation, Inc. as a party defendant.

DATED: _____ day of _____, 2017.

                                                                                                 _____
                                                                                                  Charles A. Pannell, Jr.
                                                                                                  Judge, United States District Court

Prepared by:

*/s/ J. Marcus Howard*
J. Marcus Howard
Georgia Bar No. 370076
Pope & Howard, PC
945 East Paces Ferry Road, Suite 2525
Atlanta, Georgia 30326
404-885-9999
mhoward@popehoward.com
*Attorneys for Plaintiff*

1

2

Order consented to by:

*/s/ Anne M. Landrum*
Anne M. Landrum
Georgia Bar No. 433990
Mozley, Finlayson & Loggins, LLP
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386
404-256-0700
alandrum@mfllaw.com
*Attorneys for Defendant*