IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff,* ) | CIVIL ACTION FILE |
| ) | NO.: 1:17-cv-01264-CAP |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT:**

Plaintiff is permitted to file an Amended Complaint and to Join ABM Aviation, Inc. as a party defendant.

DATED: __5th__ day of __JUNE__, 2017.

/s/CHARLES A. PANNELL, JR.
_____
Charles A. Pannell, Jr.
Judge, United States District Court

Prepared by:

*/s/ J. Marcus Howard*
J. Marcus Howard
Georgia Bar No. 370076
Pope & Howard, PC
945 East Paces Ferry Road, Suite 2525
Atlanta, Georgia 30326
404-885-9999
mhoward@popehoward.com
*Attorneys for Plaintiff*

1