AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1 17 CV 01264

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ABM Aviation Inc.
was received by me on *(date)*  06/06/2017  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Linda Banks, Process Specialist  , who is
designated by law to accept service of process on behalf of *(name of organization)*  ABM Aviation Inc. at 289 S. Culver St. Lawrenceville, GA 30046  on *(date)*  06/06/2017  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 06/08/2017



Server's signature

Christopher Todd Horton, Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

*Server's address*

Additional information regarding attempted service, etc:
Documents served: Summons & Amended Complaint

558803