# ATTACHMENT "A"

The names and telephone numbers of individuals likely to have discoverable information that Frontier Airlines, Inc. ("Frontier") may use to support its defenses are as follows:

(1)     Mandisa Magagula, believed to be a supervisor at the Frontier ticket counter or departure gate and an employee or independent contractor of Airport Terminal Services, Inc. Frontier does not know the telephone number of this individual;

(2)     Johanna Williams, believed to be a Frontier ticket counter agent or gate agent and an employee or independent contractor of Airport Terminal Services, Inc. Frontier does not know the telephone number of this individual;

(3)     Isaac Afetornu, believed to be a Frontier ticket counter agent or gate agent and an employee or independent contractor of Airport Terminal Services, Inc. Frontier does not know the telephone number of this individual;

(4)     Sandra Sweetwood, a Frontier employee and flight attendant. Any attempted contact with Ms. Sweetwood should be through the undersigned counsel for Frontier; and

(5)     Amy Fleming-Herring, a Frontier employee and flight attendant. Any attempted contact with Ms. Fleming-Herring should be through the undersigned counsel for Frontier.