## ATTACHMENT "C"

Documents and other tangible things in the possession, custody or control of defendant Frontier Airlines, Inc., which it may use to support its defenses, include the following.

As of the date of the filing of its amended initial disclosures, Frontier has provided these items as attachments to Frontier's responses to plaintiff's first request for production of documents.

#429483