## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | ) |
| | ) |
|    *Plaintiff,* | )    **CIVIL ACTION FILE** |
| | )    **NO.: 1:17-cv-01264-CAP** |
| v. | ) |
| | ) |
| FRONTIER AIRLINES, INC., | ) |
| | ) |
|    *Defendant*. | ) |

## RULE 5.4 CERTIFICATE OF SERVICE

COMES NOW Plaintiff, in the above-styled action, by and through her counsel of record, and hereby certifies that she have this day served upon all counsel *Plaintiff's Responses to Defendant Frontier Airlines, Inc.'s First Interrogatories and Plaintiff's Responses to Defendant Frontier Airlines, Inc.'s First Request for Production of Documents* by placing a copy of same in the United States Mail with proper postage affixed thereto to the following:

> John Arthur Mozley
> Anne M. Landrum
> Mozley, Finlayson & Loggins
> 5605 Glenridge Drive
> One Premier Plaza, Suite 900
> Atlanta, Georgia 30342-1386

ABM Aviation, Inc.
c/o CT Corporation System, Registered Agent
289 S. Culver Street
Lawrenceville, Georgia 30046-4805

This 26th day of June, 2017.

                POPE & HOWARD, P.C.

                *By: /s/ J. Marcus Howard*
                J. Marcus Howard
                Georgia Bar No. 370076

945 E. Paces Ferry Road      Attorneys for Plaintiffs
Suite 2525, Resurgens Plaza
Atlanta, Georgia 30326
404-885-9999 – phone
mhoward@popehoward.com