IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 1:17-CV-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC. and ) | |
| ABM AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT ABM AVIATION, INC.'S
## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW, Defendant **ABM Aviation, Inc.** (hereinafter "Defendant or ABM"), in the above-styled civil action, and hereby files and serves its Answer to Plaintiff's Amended Complaint, showing this Honorable Court as follows:

### FIRST DEFENSE

Plaintiff's Amended Complaint against ABM fails to state a claim upon which relief can be granted and therefore, the same should be dismissed.

### SECOND DEFENSE

ABM did not breach any duty owed to Plaintiff and ABM, therefore, has no liability to Plaintiff.

- 1 -

### THIRD DEFENSE

No conduct, act or omission, or combination of acts or omissions on the part of ABM proximately caused any of Plaintiff's alleged injuries or damages, and therefore ABM is not liable to Plaintiff.

### FOURTH DEFENSE

ABM specifically denies any negligence, fault or wrongful conduct, in any manner whatsoever, on the part of ABM, or its employee(s), and expressly denies any liability arising out of the subject matter asserted in Plaintiff's Amended Complaint.  Any losses suffered by the Plaintiff occurred not as a result of any alleged negligence, fault or wrongful conduct by ABM, or its employee(s). Consequently, ABM is not liable to the Plaintiff in any amount whatsoever.

### FIFTH DEFENSE

The sole, direct and proximate cause of Plaintiff's damages, if any were sustained, was the previous and/or intervening acts of third parties, and/or negligence of some person or persons, entity or entities for whose acts or omissions ABM was and is in no way liable, with the result that the Plaintiff is not entitled to recover anything whatsoever of ABM in this case.

## SIXTH DEFENSE

Subject to further investigation and discovery, and on information and belief and so as to avoid a waiver of this defense, ABM states that Plaintiff's claims are barred or reduced by her own contributory or comparative negligence and fault.

## SEVENTH DEFENSE

Subject to further investigation and discovery, and on information and belief, and in order to avoid any waiver of such defenses at this time, ABM states that at the time and place in question Plaintiff, by her own acts and failures to act, voluntarily assumed the risk of the accident and injuries in question, and for these reasons, among others, ABM is not liable to Plaintiff.

## EIGTH DEFENSE

Defendant reserves the right to seasonably amend these affirmative defenses as needed or as warranted by the discovery in this case. By way of response and answer to the specific allegations contained in Plaintiff's Amended Complaint against ABM, and subject to all defenses heretofore set forth, ABM shows the Court as follows:

## PARTIES, JURISDICTION AND VENUE

1.

ABM denies it is liable to Plaintiff for her alleged injuries arising out of the alleged events of July 31, 2016 or that it is liable to Plaintiff for any reason. ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

2.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

3.

Admitted.

4.

Admitted.

5.

Admitted.

## FACTUAL BACKGROUND

6.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

7.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

8.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time.

Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

9.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

10.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

11.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time.

Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

12.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

13.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

14.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time.

Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

15.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

16.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

## CLAIMS AGAINST DEFENDANTS

17.

ABM admits that it provides wheelchair services to airline passengers at Hartsfield-Jackson Atlanta International Airport, including passengers of Frontier Airlines, and that its duties towards said passengers are governed by applicable

contracts between ABM and said airlines, and applicable statutes and rules and regulations.  ABM is currently without knowledge or information sufficient to form a belief as to whether or not it provided wheelchair assistance to the Plaintiff on the date of the subject incident as alleged in Plaintiff's Complaint, and, thus, ABM can neither admit nor deny the truth of such allegations at this time. Therefore, such allegations of this Paragraph stand automatically denied by operation of law. ABM further denies as pled the remaining allegations contained in this Paragraph.

18.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

19.

ABM denies the allegations of this Paragraph that pertain to ABM. However, ABM is without information or knowledge sufficient to form a belief as to the remaining allegations contained in this Paragraph as they pertain to parties other than ABM and, as such, they stand automatically denied by operation of law.

20.

ABM denies the allegations of this Paragraph that pertain to ABM. However, ABM is without information or knowledge sufficient to form a belief as to the remaining allegations contained in this Paragraph as they pertain to parties other than ABM and, as such, they stand automatically denied by operation of law.

21.

ABM denies the allegations of this Paragraph that pertain to ABM. However, ABM is without information or knowledge sufficient to form a belief as to the remaining allegations contained in this Paragraph as they pertain to parties other than ABM and, as such, they stand automatically denied by operation of law.

22.

ABM denies each and every allegation contained in Plaintiff's last unnumbered paragraph and prayer for relief titled "BASED ON THE ALLEGATIONS ABOVE" and, specifically, denies Paragraphs (1) through (4) contained therein.

23.

All allegations of the amended complaint not hereto for responded to are hereby denied.

WHEREFORE, having fully answered the Plaintiff's Amended Complaint, ABM requests the same be dismissed with all costs cast upon the Plaintiff, or in lieu therefore, that they do have a trial by jury of twelve (12) as to all issues contained therein.

## ANSWER TO DEFENDANT FRONTIER AIRLINES, INC.'S CROSS-CLAIM AGAINST DEFENDANT ABM AVIATION, INC.

1.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

2.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time.

Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

3.

ABM is currently without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this Paragraph and, thus, ABM can neither admit nor deny the truth of the allegations at this time. Therefore, the allegations of this Paragraph stand automatically denied by operation of law.

4.

ABM asserts that, as pled, Paragraph No. 4 of Defendant Frontier Airlines Inc.'s ("Frontier") cross-claim against ABM requires neither admittance nor denial. However, to the extent such a response is required, Paragraph No. 4 is denied.

5.

Denied.

6.

ABM denies any and all allegations contained within Defendant Frontier's WHEREFORE paragraph and specifically denies that Defendant Frontier's cross-claim against ABM should be sustained, that ABM is or should be required to defend and/or indemnify Defendant Frontier from and against any and all damages

and award to Plaintiff, and/or that ABM it is in any way responsible to Frontier as alleged in Frontier's cross-claim against ABM.

WHEREFORE, having fully answered Defendant Frontier's Crossclaim, ABM prays the same be dismissed with all costs cast upon Defendant Frontier or, in lieu therefore, that they do have a trial by jury of twelve (12) as to all issues contained therein.

This 27th day of June, 2017.

Respectfully submitted,

**HALL BOOTH SMITH, P.C.**

/s/ Justin M. Kerenyi
JUSTIN M. KERENYI
Georgia Bar No. 416623
JD HOWARD
Georgia Bar No. 975699

*Attorneys for Defendant ABM Aviation, Inc.*

191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

## Certification Under L.R.7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant ABM Aviation, Inc. certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 27th day of June, 2017.

**HALL BOOTH SMITH, P.C.**

/s/ Justin M. Kerenyi
JUSTIN M. KERENYI
Georgia Bar No. 416623
JD HOWARD
Georgia Bar No. 975699

*Attorneys for Defendant ABM Aviation, Inc.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed with the Clerk of Court DEFENDANT ABM AVIATION, INC.'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AND ANSWER TO DEFENDANT FRONTIER AIRLINES, INC.'S CROSSCLAIM AGAINST DEFENDANT ABM AVIATION, INC. using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| J. Marcus Howard, Esq.<br>POPE & HOWARD, P.C.<br>945 E. Paces Ferry Road, Suite 2525<br>Atlanta, GA  30326 | Anne M. Landrum, Esq.<br>J. Arthur Mozley, Esq.<br>Mozley, Finlayson & Loggins LLP<br>One Premier Plaza<br>Suite 900<br>5605 Glenridge Drive NE<br>Atlanta, GA 30342 |

This 27th day of June, 2017.

/s/ Justin M. Kerenyi
JUSTIN M. KERENYI
Georgia Bar No. 416623
JD HOWARD
Georgia Bar No. 975699

*Attorneys for Defendants ABM Aviation, Inc.*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000