IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 1:17-CV-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC. and ) | |
| ABM AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |

## ABM AVIATION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant ABM Aviation, Inc. and files this Certificate of Interested Persons pursuant to Fed. R. Civ. P. 7.1 and U.S. Dist. Ct. R. N.D. Ga., LR 3.3, respectfully showing this Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff Sue Hiatt**

**Defendant Frontier Airlines, Inc.**

**Defendant ABM Aviation, Inc.**

**ABM Industries, Inc. is the parent company of Defendant ABM Aviation, Inc.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Certain Underwriters and British Insurance Companies at Lloyds, London who are the insurers underwriting Defendant's liability insurance policy No. AVNAW1600089.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff:**
J. Marcus Howard
Geoffrey E. Pope
Pope & Howard, P.C.
945 East Paces Ferry Road
Suite 2525
Atlanta, GA 30326
(404) 885-9999 (Telephone)
mhoward@popehoward.com

**Defendant Frontier Airlines:**
J. Arthur Mozley
Anne E. Landrum
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive NE
Atlanta, GA 30342
(404) 256-0700 (Telephone)

>       amozely@mfllaw.com
>       alandrum@mfllaw.com
>
> **Defendant ABM Aviation, Inc.:**
>       **Justin M. Kerenyi**
>       **JD Howard**
>       **Sam Crochet**
>       **Hall Booth Smith, PC**
>       **191 Peachtree St NE**
>       **Suite 2900**
>       **Atlanta, GA 30303**
>       **(404) 954-5000**
>       **jkerenyi@hallboothsmith.com**
>       **scrochet@hallboothsmith.com**
>       **jdhoward@hallboothsmith.com**

This 27th day of June, 2017.

>              Respectfully submitted,
>
>              **HALL BOOTH SMITH, P.C.**
>
>
>              /s/ Justin M. Kerenyi
>              JUSTIN M. KERENYI
>              Georgia Bar No. 416623
>              JD HOWARD
>              Georgia Bar No. 975699
>
>              *Attorneys for Defendant ABM Aviation, Inc.*

191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

**Certification Under L.R.7.1D**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant ABM Aviation, Inc. certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 27th day of June, 2017.

                                        **HALL BOOTH SMITH, P.C.**

                                        /s/ Justin M. Kerenyi
                                        JUSTIN M. KERENYI
                                        Georgia Bar No. 416623
                                        JD HOWARD
                                        Georgia Bar No. 975699

                                        *Attorney for Defendant ABM Aviation, Inc.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed with the Clerk of Court **ABM Aviation, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| J. Marcus Howard, Esq.<br>POPE & HOWARD, P.C.<br>945 E. Paces Ferry Road, Suite 2525<br>Atlanta, GA  30326 | Anne M. Landrum, Esq.<br>J. Arthur Mozley, Esq.<br>Mozley, Finlayson & Loggins LLP<br>One Premier Plaza<br>Suite 900<br>5605 Glenridge Drive NE<br>Atlanta, GA 30342 |

This 27th day of June, 2017.

/s/ Justin M. Kerenyi
JUSTIN M. KERENYI
Georgia Bar No. 416623
JD HOWARD
Georgia Bar No. 975699

*Attorney for Defendants ABM Aviation, Inc.*

**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000