# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:17-cv-01264-CAP |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC. and | ) | |
| ABM AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT:**

Plaintiff is permitted to file a Second Amended Complaint and to Join Airport Terminal Services, Inc. as a party defendant.

DATED: _____ day of _____, 2017.

_____
Charles A. Pannell, Jr.
Judge, United States District Court

Prepared by:
*/s/ J. Marcus Howard*
J. Marcus Howard
Georgia Bar No. 370076
Pope & Howard, PC
945 East Paces Ferry Road, Suite 2525
Atlanta, Georgia 30326
404-885-9999
mhoward@popehoward.com
*Attorneys for Plaintiff*

1

Order consented to by:

*/s/ Anne M. Landrum*
Anne M. Landrum
Georgia Bar No. 433990
Mozley, Finlayson & Loggins, LLP
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386
404-256-0700
alandrum@mfllaw.com
*Attorneys for Defendant*
*Frontier Airlines, Inc.*

HALL BOOTH SMITH, PC

*/s/ Justin M. Kerenyi*
Justin M. Kerenyi
Georgia Bar No. 416623
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303
404-954-5000
jkerenyi@hallboothsmith.com
*Attorneys for Defendant*
*ABM Aviation, Inc.*