AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1 17 CV 01264

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)   Airport Terminal Services Inc.
was received by me on (date)   07/07/2017   .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual)   Linda Banks, Process Specialist   , who is
designated by law to accept service of process on behalf of (name of organization)   Airport Terminal Services Inc.
at 289 S. Culver Street, Lawrenceville, GA 30046   on (date)   07/07/2017   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 07/01/2017

Server's signature

Christopher Todd Horton, Process Server
*Printed name and title*
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
~~Server's address~~ 794

Additional information regarding attempted service, etc:
Documents served: Summons & Second Amended Complaint



565936