## ATTACHMENT "A"

The following individuals are likely to have discoverable information that ABM may use to support its defenses:

1. The unidentified alleged wheelchair attendant who assisted Plaintiff, if this individual is (1) an ABM employee as alleged and (2) identified;

2. One or more ABM passenger assistance services personnel might be identified to testify as to ABM's wheelchair operations at the subject airport on the date in question. At such time as a decision is made as to which person(s) will testify they will be identified.