# ATTACHMENT "C"

The following are documents and other tangible things in the possession, custody, or control of ABM, which it may use to support its defenses. ABM reserves the right to amend or supplement this list as its investigation progresses.

1.      Air Clic Report

# Passenger Research

| Airport | Pickup Flt | Pickup Loc | Pickup Time | Work Order Number |
|---|---|---|---|---|
| ATL | DL1215 | B27 | 7/31/16 08:23 | DL121507/31/2016ILM |

| Passenger Name | Assist Type | Request Type | Drop Off Location Drop Flight | Drop Time | Status Name | Date Created |
|---|---|---|---|---|---|---|
| CATHERINE W SNYDER | Wheelchair | Pre-Planned | B12 | DL1723 | 07/31/2016 03:17 | Closed | 07/31/2016 03:17 |
| JUDITH MURRAY | Wheelchair | Pre-Planned | E35 | EV5493 | 07/31/2016 11:45 | Closed | 07/31/2016 03:17 |
| WARTMAN | Wheelchair | Pre-Planned | A12 | DL1455 | 07/31/2016 10:00 | Closed | 07/31/2016 08:17 |
| KATRINA MASON | Wheelchair | Pre-Planned | E35 | EV5493 | 07/31/2016 11:45 | Closed | 07/31/2016 03:17 |

| Activity Type | Request Type | Action Time | Dispatcher | Drop Off Location Drop Flight | Agent | Drop Time | Status Name | Issue Code | Date Created |
|---|---|---|---|---|---|---|---|---|---|
| Assigned | | 7/31/16 08:01:16 | Hardy, Devaughn | | Kennedy, Dallas | | | | |
| Removed | | 7/31/16 08:06:51 | Hardy, Devaughn | | Kennedy, Dallas | | | Other | |
| Accepted | | 7/31/16 08:16:49 | | | Ross, Lanya | | | | |
| Arrived | | 7/31/16 08:17:11 | | | Ross, Lanya | | | | |
| Picked Up | | 7/31/16 08:17:18 | | | Ross, Lanya | | | Other | |
| Dropped w/Check | | 7/31/16 08:19:43 | | | Ross, Lanya | | | | |

XX17299352   B-SPN CTR   7/31/16 08:34   XX17299352   B-SPN CTR

| Passenger Name | Assist Type | Activity Type | Action Time | Dispatcher | Agent | Status Name | Issue Code | Date Created |
|---|---|---|---|---|---|---|---|---|
| SANDRA CORBETT HIATT | Wheelchair | Pre-Planned | E35 | EV5493 | 07/31/2016 11:45 | Closed | | 07/31/2016 08:19 |
| REMARKS: No further assistance needed D.Hardy at 9-27 | | Completed | 7/31/16 09:25:23 | Hardy, Devaughn | | | Other | |