# H|B|S  HALL BOOTH SMITH, P.C.

| **Justin M. Kerenyi** | 191 Peachtree St. NE, Suite 2900 |
| P: (404) 954-6961 | Atlanta, Georgia  30303-1775 |
| E: JKerenyi@hallboothsmith.com | W: www.hallboothsmith.com |
| | P: (404) 954-5000  F: 678-539-1573 |

July 17, 2017

The Honorable Charles A. Pannell, Jr.
U.S. District Court for the Northern District of Georgia
2388 Richard B. Russell Federal Building – U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303-3309

      Re:    <u>Sue Hiatt v. Frontier Airlines, Inc. and ABM Aviation, Inc.</u>
               U.S. District Court for the Northern District; Atlanta Division;
               Civil Action File No. 1:17-CV-01264-CAP

Dear Judge Pannell:

    I am lead counsel for Defendant ABM Aviation, Inc. in the above-referenced matter.  I respectfully request a Leave of Absence for the following time periods.  If I may provide any further information to facilitate this request, please let me know.

- **August 3, 2017 through August 6, 2017 (Vacation);**
- **November 21, 2017 through November 27, 2017 (Thanksgiving); and**
- **December 22, 2017 through January 1, 2018 (Vacation).**

Thank you for your consideration.

                                Sincerely yours,
                                ***HALL, BOOTH, SMITH, P.C.***

                                Justin M. Kerenyi

JMK:cpt
cc:    J. Marcus Howard, Esq.
        Anne M. Landrum, Esq.

