IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action File |
| v. ) | No. 1:17-cv-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL SERVICES, ) | |
| INC. ) | |
| ) | |
| *Defendants*. | |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT**

COMES NOW, Defendant Airport Terminal Services, Inc. (hereinafter referred to as "ATS"), by and through its undersigned counsel of record, in accordance with Federal Rule of Civil Procedure 6(b)(1)(A) hereby submits this Unopposed Motion to Extend Time to Answer Complaint (hereinafter referred to as the "Motion"), and respectfully moves the Court to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint showing the Court as follows:

1.

On July 7, 2017, Plaintiff filed her Second Amended Complaint which added ATS as a party to the action.

1

2.

The answer by ATS is due on Friday, July 28, 2017.

3.

ATS is working expeditiously to investigate Plaintiff's allegations and obtain the necessary information to enable it to file a response to the Plaintiff's Second Amended Complaint.

4.

ATS requested and Plaintiff and the co-defendants have agreed to an extension of time for ATS to answer or otherwise respond to the Complaint to and including August 11, 2017.

5.

ATS respectfully submits that the requested extension will not prejudice any party or unduly delay the proceedings.

WHEREFORE, ATS respectfully requests that this Court grant this unopposed motion and enter the proposed order, attached hereto as Exhibit A.

Respectfully submitted this 27th day of July 2017.

**BENTLEY, BENTLEY & BENTLEY**

<u>/s/ Fred D. Bentley, Jr.</u>
Fred D. Bentley, Jr.
Georgia Bar Number 052850
Jamie S. Wingler
Georgia Bar Number 770708
*Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
            jamie.wingler@bbandblaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 5.1, NDGa, the foregoing pleadings are prepared in Times New Roman, 14-point type, with a top margin of not less that none and one-half (1 ½) inches and a left margin of not less than one (1) inch.

Respectfully submitted this 27th day of July 2017.

                                       **BENTLEY, BENTLEY & BENTLEY**

                                       <u>/s/ Fred D. Bentley, Jr.</u>
                                       Fred D. Bentley, Jr.
                                       Georgia Bar Number 052850
                                       Jamie S. Wingler
                                       Georgia Bar Number 770708
                                       *Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
         jamie.wingler@bbandblaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action File |
| v. ) | No. 1:17-cv-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL SERVICES, ) | |
| INC. ) | |
| ) | |
| *Defendants*. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and foregoing Unopposed Motion to Extend Time to Answer Complaint with the Clerk of Court using the CM/ECF system and additionally served counsel for Plaintiff and Defendants by depositing a copy in the United States Mail in an envelope with adequate postage affixed thereon, property addressed as follows:

J. Marcus Howard
Pope & Howard, PC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins

5

5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Justin M. Kerenyi
JD Howard
Sam Crochet
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

 Respectfully submitted this 27th day of July 2017.

            **BENTLEY, BENTLEY & BENTLEY**

            /s/ Fred D. Bentley, Jr.
            Fred D. Bentley, Jr.
            Georgia Bar Number 052850
            Jamie S. Wingler
            Georgia Bar Number 770708
            *Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
    jamie.wingler@bbandblaw.com