IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action File |
| v. ) | No. 1:17-cv-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL SERVICES, ) | |
| INC. ) | |
| ) | |
| *Defendants*. | |

## ORDER

Defendant Airport Terminal Services, Inc. having filed an Unopposed Motion to Extend Time to Answer Complaint and it being agreed by the undersigned attorneys for the parties,

IT IS HEREBY ORDERED AND AGREED that the time within which Airport Terminal Services, Inc. may move, answer, or otherwise respond to the Complaint is hereby extended up to and including August 11, 2017.

No provision of this Order shall be construed as a waiver of any defenses available to Airport Terminal Services, Inc.

SO ORDERED THIS 28th day of July 2017.

/s/CHARLES A. PANNELL, JR.
_____
Hon. Charles A. Pannell, Jr.
United States District Court

Prepared by:

/s/ Fred D. Bentley, Jr.
Fred D. Bentley, Jr.
Georgia Bar Number 052850
Jamie S. Wingler
Georgia Bar Number 770708
*Attorneys for Airport Terminal Services, Inc.*

Bentley, Bentley & Bentley
241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
          jamie.wingler@bbandblaw.com


Consented by:

/s/ J. Marcus Howard (with express permission by Jamie S. Wingler)
J. Marcus Howard
Pope & Howard, PC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

/s/ Anne M. Landrum (with express permission by Jamie S. Wingler)
John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386