IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | ) |
|     Plaintiff, | ) CIVIL ACTION FILE NO. |
| v. | ) 1:17-cv-01264-CAP |
| | ) _____ |
| | ) (Civil Action No. |
| | ) 17C01240-4 |
| FRONTIER AIRLINES, INC. | ) removed from the State |
| | ) Court of Gwinnett |
|     Defendant | ) County, Georgia |
| and | ) |
| ABM AVIATION, INC., | ) |
|     Defendant/cross-defendant | ) |

## DEFENDANT FRONTIER AIRLINES, INC'S NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY

COME NOW Frontier Airlines, Inc. ("Frontier"), defendant in the above-styled civil action (hereinafter "defendant"), named as defendant in the above-styled action, and hereby notify all parties pursuant to Federal Rule of Civil Procedure 45(a)(4) of their intent to serve a subpoena upon the following non-party:

*1.*    Dr. Brice Williams, MD, PHD

Mozley, Finlayson
& Loggins LLP
imited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

Respectfully submitted this 8th day of August, 2017.

/s/ *Anne M. Landrum*
J. Arthur Mozley
Georgia Bar No. 527700
Anne M. Landrum
Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
amozley@mfllaw.com
alandrum@mfllaw.com

*Attorneys for defendant Frontier Airlines, Inc.*

Mozley, Finlayson
& Loggins LLP
imited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filled the foregoing "Defendant Frontier Airlines, Inc. Notice of Intent to Serve Subpoena on Non-Party" with the Clerk of Court using the CM/ECF system which will automatically send a notification of such filing to the following attorney(s) of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326
*Attorneys for plaintiff*

Justin M. Kerenyi
JD Howard
Sam Crochet
HALL BOOTH SMITH, P.C.
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303
*Attorneys for defendant ABM Aviation, Inc.*

Pursuant to Local Rule 5.1 NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 8th day of August, 2017.

/s/ *Anne M. Landrum*
J. Arthur Mozley
Georgia Bar No. 527700
Anne M. Landrum
Georgia Bar No. 433990

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
amozley@mfllaw.com
alandrum@mfllaw.com

*Attorneys for defendant*
*Frontier Airlines, Inc.*

Mozley, Finlayson
& Loggins LLP
mited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342