# BENTLEY, BENTLEY & BENTLEY
*Attorneys at Law*

FRED D. BENTLEY, SR.
FRED D. BENTLEY, JR.*
R. RANDALL BENTLEY, SR.

ESTABLISHED 1948

FACSIMILE NO.:
(770) 424-5820

*ADMITTED TO PRACTICE IN
LOUISIANA AND TEXAS

241 WASHINGTON AVENUE
MARIETTA, GEORGIA 30060
(770) 422-2300
BBANDBLAW.COM

August 10, 2017

OF COUNSEL

SAM P. HENSLEY, JR.
JAMIE S. WINGLER
LAUREN L. MCKENZIE
STAN D. BABB
COLEEN D. HOSACK
B. BLAKE HUNGERFORD

ASSOCIATE ATTORNEYS

J. MATTHEW BENTLEY

The Honorable Charles A. Pannell, Jr.
U.S. District Court for the Northern District of Georgia
2388 Richard B. Russell Federal Bldg. – U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

RE: *Sue Hiatt v. Airport Terminal Services, Inc. et al.*
U.S. District Court for the Northern District of Georgia; Atlanta Division;
Civil Action File No. 1:17-CV-01264-CAP

Dear Judge Pannell:

Please accept this as my Notice of Leave of Absence. I am the lead counsel for Defendant, Airport Terminal Services, Inc., in the above referenced matter. I respectfully request that this case not be calendared during my leave of absence for the following time periods:

- September 4, 2017 through September 18, 2017; and

- April 12, 2018 through April 30, 2018.

The purpose of the leave is for family vacation.

Thank you for your consideration.

Sincerely,

Fred D. Bentley, Jr.

FDBjr/svw
cc: J. Marcus Howard
John Arthur Mozley
Anne M. Landrum
Justin M. Kerenyi
JD Howard
Sam Crochet