# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Civil Action File |
| v. | ) No. 1:17-cv-01264-CAP |
| | ) |
| FRONTIER AIRLINES, INC., | ) |
| ABM AVIATION, INC., AND | ) |
| AIRPORT TERMINAL SERVICES, | ) |
| INC. | ) |
| | ) |
| *Defendants*. | |

## AIRPORT TERMINAL SERVICES, INC.'S
## CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendant Airport Terminal Services, Inc., by and through its counsel of record, and files this, its Certificate of Interested Persons pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the United States District Court for the Northern District of Georgia, respectfully showing the Court as follows:

(1) The undersigned counsel of record for Defendant Airport Terminal Services, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

Plaintiff Sue Hiatt

Defendant Frontier Airlines, Inc.

Defendant ABM Aviation, Inc.

Defendant Airport Terminal Services, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiff:

J. Marcus Howard
Geoffrey E. Pope
Pope & Howard, P.C.
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326
(404.885.9999) (Telephone)
mhoward@popehoward.com

Defendants:

J. Arthur Mozley
Anne E. Landrum
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive NE
Atlanta, GA 30342-1386
(404) 256.0700 (Telephone)
amozley@mfllaw.com
alandrum@mfllaw.com

Justin M. Kerenyi
JD Howard
Sam Crochet
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr.
Jamie S. Wingler
241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
         jamie.wingler@bbandblaw.com

Respectfully submitted this 24th day of August 2017.

**BENTLEY, BENTLEY & BENTLEY**

/s/ Fred D. Bentley, Jr.
Fred D. Bentley, Jr.
Georgia Bar Number 052850
Jamie S. Wingler
Georgia Bar Number 770708
*Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
        jamie.wingler@bbandblaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | **Civil Action File** |
| v. ) | **No. 1:17-cv-01264-CAP** |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL SERVICES, ) | |
| INC. ) | |
| ) | |
| *Defendants*. | |

**CERTIFICATE OF SERVICE AND LR 5.1 COMPLAINCE**

This is to certify that I have this day served a copy of the foregoing Certificate of Interested Persons by electronic filing and First-Class Mail delivery upon:

J. Marcus Howard
Pope & Howard, PC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Justin M. Kerenyi
JD Howard
Sam Crochet
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

Pursuant to Local Rule 5.1, NDGA, the foregoing pleadings are prepared in Times New Roman, 14 point type.

Respectfully submitted this 24 day of August 2017.

                                        **BENTLEY, BENTLEY & BENTLEY**

                                        /s/ Fred D. Bentley, Jr.
                                        Fred D. Bentley, Jr.
                                        Georgia Bar Number 052850
                                        Jamie S. Wingler
                                        Georgia Bar Number 770708
                                        *Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
          jamie.wingler@bbandblaw.com