# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action File |
| v. ) | No. 1:17-cv-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL SERVICES, ) | |
| INC. ) | |
| ) | |
| *Defendants*. | |

## AIRPORT TERMINAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.3 of the Local Rules of the United States District Court for the Northern District of Georgia, Defendant Airport Terminal Services, Inc. states that it is a privately owned corporation and there is accordingly no publicly held entity that owns ten percent (10%) or more of Airport Terminal Services, Inc.'s stock.

1

Respectfully submitted this 24th day of August 2017.

**BENTLEY, BENTLEY & BENTLEY**

<u>/s/ Fred D. Bentley, Jr.</u>
Fred D. Bentley, Jr.
Georgia Bar Number 052850
Jamie S. Wingler
Georgia Bar Number 770708
*Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
            jamie.wingler@bbandblaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action File |
| v. ) | No. 1:17-cv-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL SERVICES, ) | |
| INC. ) | |
| ) | |
| *Defendants*. | |

## CERTIFICATE OF SERVICE AND LR 5.1 COMPLAINCE

This is to certify that I have this day served a copy of the foregoing Airport Terminal Services, Inc.'s Corporate Disclosure Statement by electronic filing and First-Class Mail delivery upon:

J. Marcus Howard
Pope & Howard, PC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Justin M. Kerenyi
JD Howard
Sam Crochet
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

    Pursuant to Local Rule 5.1, NDGA, the foregoing pleadings are prepared in Times New Roman, 14 point type.

    Respectfully submitted this 24th day of August 2017.

                                 **BENTLEY, BENTLEY & BENTLEY**

                                 /s/ Fred D. Bentley, Jr.
                                 Fred D. Bentley, Jr.
                                 Georgia Bar Number 052850
                                 Jamie S. Wingler
                                 Georgia Bar Number 770708
                                 *Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:  fred.bentley@bbandblaw.com
        jamie.wingler@bbandblaw.com