IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 1:17-CV-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC. and ) | |
| ABM AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW counsel for Defendant ABM AVIATION, INC., and, pursuant to Local Rule 5.4, certifies that it has served a copy of the within and foregoing

- **DEFENDANT ABM AVIATION, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF;**

- **DEFENDANT ABM AVIATION, INC.'S FIRST CONTINUING INTERROGATORIES TO PLAINTIFF; and**

- **DEFENDANT ABM AVIATION, INC.'S' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

upon counsel for all parties by depositing a copy of same in the U.S. Mail, sufficient postage affixed thereon, and filed this 5.4 Certificate of Service of Discovery with the Clerk of Court through the CM/ECF system, addressed as follows:

| | |
|---|---|
| J. Marcus Howard, Esq.<br>POPE & HOWARD, P.C.<br>945 E. Paces Ferry Road, Suite 2525<br>Atlanta, GA  30326 | Anne M. Landrum, Esq.<br>J. Arthur Mozley, Esq.<br>Mozley, Finlayson & Loggins LLP<br>One Premier Plaza<br>Suite 900<br>5605 Glenridge Drive NE<br>Atlanta, GA 30342 |
| Fred D. Bentley, Jr., Esq.<br>Jamie S. Wingler, Esq.<br>Bentley, Bentley & Bentley<br>241 Washington Avenue<br>Marietta, GA  30060 | |

This 29th day of August, 2017.

/s/ JD Howard
JUSTIN M. KERENYI
Georgia Bar No. 416623
JD HOWARD
Georgia Bar No. 975699

*Attorney for Defendants ABM Aviation, Inc.*

**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000