**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **SUE HIATT,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **Civil Action File** |
| **v.** ) | **No. 1:17-cv-01264-CAP** |
| ) | |
| **FRONTIER AIRLINES, INC.,** ) | |
| **ABM AVIATION, INC., AND** ) | |
| **AIRPORT TERMINAL SERVICES,** ) | |
| **INC.** ) | |
| ) | |
| *Defendants.* | |

**RULE 5.4 CERTIFICATE REGARDING DISCOVERY**

Pursuant to Northern District of Georgia Local Rule 5.4, we hereby certify that on this day, we served the

1. Defendant's First Request for Admission of Fact to Plaintiff;

2. Defendant's First Request for Production of Documents and Notice to Produce at Trial to Plaintiff; and

3. Defendant's First Interrogatories to Plaintiff

upon all counsel of record by depositing same in the United States Mail, with adequate postage thereon, addressed as follows:

J. Marcus Howard
Pope & Howard, PC
945 East Paces Ferry Road

Suite 2525
Atlanta, Georgia 30326

John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Justin M. Kerenyi
JD Howard
Sam Crochet
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

We further certify that we have, this day, electronically filed this Rule 5.4 Certificate Regarding Discovery with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this matter.

Pursuant to Local Rule 5.1, NDGA, the foregoing pleadings are prepared in Times New Roman, 14 point type.

Dated this 5th day of September 2017.

                                   **BENTLEY, BENTLEY & BENTLEY**

                                   */s/ Jamie S. Wingler*
                                   Fred D. Bentley, Jr.
                                   Georgia Bar Number 052850
                                   Jamie S. Wingler
                                   Georgia Bar Number 770708
                                   *Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:      fred.bentley@bbandblaw.com
              jamie.wingler@bbandblaw.com