## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **SUE HIATT,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **CIVIL ACTION FILE** |
| | ) | **NO.: 1:17-cv-01264-CAP** |
| **v.** | ) | |
| | ) | |
| **FRONTIER AIRLINES, INC.,** | ) | |
| **ABM AVIATION, INC., AND** | ) | |
| **AIRPORT TERMINAL** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| *Defendants*. | ) | |

## CONSENT MOTION FOR LEAVE TO AMEND
## JOINT PRELIMINARY PLANNING REPORT

The parties to the above styled case move this Court to allow them to amend the original Joint Preliminary Planning Report ("Report") previously approved by the Court on May 10, 2017.  [Doc. 10]. Since the original Report was filed, two additional Defendants have been added to the case, ABM Aviation, Inc. on June 5, 2017, and Airport Terminal Services on July 6, 2017.  The addition of these parties increases the amount of written discovery that will need to be conducted, and also increases the number of witnesses and experts who will need to be deposed, many of whom, including the Plaintiff and her treating physicians, reside out of state.  It

65060653-1

1

also appears that certain fact witnesses also reside out of state, increasing the amount of travel and scheduling issues.

For the foregoing reasons, the parties respectfully request that the Court enter the attached Consent Order permitting Plaintiff to file its Amended Joint Preliminary Planning Report.  Attached as Exhibit A is a proposed consent order.

Respectfully submitted this 19th day of September, 2017.

POPE & HOWARD, P.C.

*/s/ J. Marcus Howard*
J. Marcus Howard
Georgia Bar No. 370076
945 E. Paces Ferry Road, Suite 2525
Atlanta, Georgia 30326
404-885-9999
mhoward@popehoward.com
Attorneys for Plaintiff

CONSENTED TO BY:
MOZLEY, FINLAYSON & LOGGINS, LLP

*/s/ Anne M. Landrum*
Anne M. Landrum
Georgia Bar No. 433990
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386
404-245-0700
alandrum@mfllaw.com
*Attorneys for Defendant*
*Frontier Airlines, Inc.*

HALL BOOTH SMITH, PC

*/s/ Sam Crochet*
Sam Crochet
Georgia Bar No. 471721
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303
404-954-5000
scrochet@hallboothsmith.com
*Attorneys for Defendant*
*ABM Aviation, Inc.*


BENTLEY, BENTLEY & BENTEY

*/s/ Jamie S. Wingler*
Jamie S. Wingler
Georgia Bar No. 770708
241 Washington Ave.
Marietta, Georgia 30060
770-422-3300
Jamie.wingler@bbandblaw.com
*Attorneys for Defendant*
*Airport Terminal Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing **Consent Motion for Amend the Joint Preliminary Planning Report** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Justin M. Kerenyi
Sam Crochet
Hall Booth Smith, PC
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr.
Jamie S. Wingler
Bentley, Bentley & Bentley
241 Washington Ave.
Marietta, Georgia 30060

Pursuant to Local Rule 5.1, NDGa, the foregoing pleading is prepared in Times New Roman, 14 point type.

This 19th day of September, 2017.

/s/ J. Marcus Howard
J. Marcus Howard

4

Georgia Bar No. 370076
mhoward@popehoward.com