IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
|     *Plaintiff,* | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:17-cv-01264-CAP |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| ABM AVIATION, INC., AND | ) | |
| AIRPORT TERMINAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
|     *Defendants*. | ) | |

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT:**

The parties are permitted to file an Amended Joint Preliminary Planning Report.

DATED: ___20th___ day of ___SEPTEMBER___, 2017.

/s/CHARLES A. PANNELL, JR.
───────────────────────────
Charles A. Pannell, Jr.
Judge, United States District Court

Prepared by:
*/s/ J. Marcus Howard*
J. Marcus Howard
Georgia Bar No. 370076
Pope & Howard, PC
945 East Paces Ferry Road, Suite 2525
Atlanta, Georgia 30326
404-885-9999

1

mhoward@popehoward.com
*Attorneys for Plaintiff*

Order consented to by:

*/s/ Anne M. Landrum*
Anne M. Landrum
Georgia Bar No. 433990
Mozley, Finlayson & Loggins, LLP
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386
404-256-0700
alandrum@mfllaw.com
*Attorneys for Defendant*
*Frontier Airlines, Inc.*

HALL BOOTH SMITH, PC

*/s/ Sam Crochet*
Sam Crochet
Georgia Bar No. 471721
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303
404-954-5000
scrochet@hallboothsmith.com
*Attorneys for Defendant*
*ABM Aviation, Inc.*

BENTLEY, BENTLEY & BENTEY

*/s/ Jamie S. Wingler*
Jamie S. Wingler
Georgia Bar No. 770708
241 Washington Ave.
Marietta, Georgia 30060
770-422-3300

Jamie.wingler@bbandblaw.com
*Attorneys for Defendant*
*Airport Terminal Services, Inc.*