IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| *Plaintiff,* | ) | **CIVIL ACTION FILE** |
| | ) | **NO.: 1:17-cv-01264-CAP** |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| ABM AVIATION, INC., AND | ) | |
| AIRPORT TERMINAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

COMES NOW Plaintiff, in the above-styled action, by and through her counsel of record, and hereby certifies that she have this day served upon all counsel *Plaintiff's Responses to Defendant ABM Aviation, Inc.'s First Request for Admissions, Plaintiff's Responses to Defendant ABM Aviation, Inc.'s First Interrogatories, Plaintiff's Responses to Defendant ABM Aviation, Inc.'s First Request for Production of Documents, Plaintiff's Responses to Defendant Airport Terminal Services, Inc.'s First Request for Admissions, Plaintiff's Responses to Defendant Airport Terminal Services, Inc.'s First Interrogatories, Plaintiff's Responses to Defendant's Airport Terminal Services, Inc.'s First Request for Production of Documents, Plaintiff's Supplemental Responses to Defendant*

*Frontier Airlines, Inc.'s First Interrogatories and Plaintiff's Supplemental Responses to Defendant Frontier Airlines, Inc.'s First Request for Production of Documents* by placing a copy of same in the United States Mail with proper postage affixed thereto to the following:

>John Arthur Mozley
>Anne M. Landrum
>Mozley, Finlayson & Loggins
>5605 Glenridge Drive
>One Premier Plaza, Suite 900
>Atlanta, Georgia 30342-1386
>
>Justin M. Kerenyi
>JD Howard
>Sam Crochet
>Hall Booth Smith, PC
>191 Peachtree St. NE, Suite 2900
>Atlanta, Georgia 30303
>
>Fred D. Bentley, Jr.
>Jamie S. Wingler
>Bentley, Bentley & Bentley
>241 Washington Ave.
>Marietta, Georgia 30060

This 16th day of October, 2017.

>POPE & HOWARD, P.C.
>
>By: /s/ J. Marcus Howard
>J. Marcus Howard
>Georgia Bar No. 370076

945 E. Paces Ferry Road  
Suite 2525, Resurgens Plaza  
Atlanta, Georgia 30326  
404-885-9999 – phone  
mhoward@popehoward.com

Attorneys for Plaintiffs