IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01264-CAP |
| v. | ) | _____ |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court of |
| ABM AVIATION, INC., and | ) | Gwinnett County, Georgia) |
| AIRPORT TERMINAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF INTENT TO SERVE SUBPOENAS ON NON-PARTIES**

COMES NOW defendant FRONTIER AIRLINES, INC. and hereby notifies all parties pursuant to Federal Rule of Civil Procedure 45(a)(4) of its intent to serve a subpoena upon the following non-parties:

1. Kimberly Higgins, M.D.;

2. Renee West, M.D.; and

3. Vincent L. Hansen, M.D.

This 20th day of November, 2017.

/s/ Anne M. Landrum
Anne M. Landrum
Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
alandrum@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01264-CAP |
| v. | ) | _____ |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court of |
| ABM AVIATION, INC., and | ) | Gwinnett County, Georgia) |
| AIRPORT TERMINAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE AND TYPEFACE COMPLIANCE**

I hereby certify that on November 20, 2017, I electronically filed the foregoing **NOTICE OF INTENT TO SERVE SUBPOENAS ON NON-PARTIES** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following attorneys of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

Justin M. Kerenyi, Esq.
JD Howard, Esq.
San Crochet, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr., Esq.
Jamie S. Wingler, Esq.
BENTLEY, BENTLEY & BENTLEY
241 Washington Avenue
Marietta, Georgia  30060

Pursuant to Northern District of Georgia Local Rule 5.1, the foregoing certificate is prepared in Times New Roman, 14 point.

This 20th day of November, 2017.

/s/ Anne M. Landrum
Anne M. Landrum
Georgia Bar No. 433990