IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT,  )<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>)<br>)<br>FRONTIER AIRLINES, INC.  )<br>)<br>Defendant  )<br>and  )<br>)<br>ABM AVIATION, INC.,  )<br>)<br>Defendant/cross-defendant  ) | CIVIL ACTION FILE NO.<br><br>1:17-cv-01264-CAP<br>_____<br>(Civil Action No.<br>17C01240-4<br>removed from the State<br>Court of Gwinnett<br>County, Georgia |

## DEFENDANT FRONTIER AIRLINES, INC'S NOTICE OF INTENT TO SERVE SUBPOENA ON NON-PARTY

COME NOW Frontier Airlines, Inc. ("Frontier"), defendant in the above-styled civil action (hereinafter "defendant"), named as defendant in the above-styled action, and hereby notify all parties pursuant to Federal Rule of Civil Procedure 45(a)(4) of their intent to serve a subpoena upon the following non-party:

1. *Johnathan Stoll*

2. *Robert Burton*

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

1

    3. *Robb Rowley*

Respectfully submitted this 1st day of December, 2017.

                                       */s/ Anne M. Landrum*
                                       J. Arthur Mozley
                                       Georgia Bar No. 527700
                                       Anne M. Landrum
                                       Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
amozley@mfllaw.com
alandrum@mfllaw.com

                                       *Attorneys for defendant*
                                       *Frontier Airlines, Inc.*

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filled the foregoing "Defendant Frontier Airlines, Inc. Notice of Intent to Serve Subpoena on Non-Party" with the Clerk of Court using the CM/ECF system which will automatically send a notification of such filing to the following attorney(s) of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

Justin M. Kerenyi, Esq.
JD Howard, Esq.
San Crochet, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr., Esq.
Jamie S. Wingler, Esq.
BENTLEY, BENTLEY & BENTLEY
241 Washington Avenue
Marietta, Georgia  30060
.

Pursuant to Local Rule 5.1 NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 1st day of December, 2017.

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

3

                                           /s/ *Anne M. Landrum*
                                           J. Arthur Mozley
                                           Georgia Bar No. 527700
                                           Anne M. Landrum
                                           Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700 Telephone
404.250.9355 Facsimile
amozley@mfllaw.com
alandrum@mfllaw.com

                                           *Attorneys for defendant*
                                           *Frontier Airlines, Inc.*

Mozley, Finlayson
& Loggins LLP
Limited Liability Partnership
One Premier Plaza
Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

4