IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01264-CAP |
| v. | ) | _____ |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court of |
| ABM AVIATION, INC., and | ) | Gwinnett County, Georgia) |
| AIRPORT TERMINAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF SUE HIATT

TO:  Sue Hiatt
     c/o J. Marcus Howard, Esq.
     POPE & HOWARD, P.C.
     945 E. Paces Ferry Road
     Suite 2525
     Atlanta, GA  30326

**YOU ARE HEREBY NOTIFIED** that on **December 18, 2017**, commencing at 10:00 a.m. or such other time upon which the parties may agree, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, at the office of DepoMaxMerit Litigation Services, 333 South Rio Grande Street, Salt Lake City, Utah 84101, counsel for defendant Frontier Airlines, Inc. will take the deposition of **SUE HIATT**, upon oral examination for purposes of discovery, cross-examination, and

all other purposes permitted under the Federal Rules of Civil Procedure. The deposition will take place before an officer duly authorized by law to administer oaths and to take and transcribe said deposition. The deposition will continue from day to day until it is completed.

This 4th day of December, 2017.

>*/s/ Anne M. Landrum*
>Anne M. Landrum
>Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
alandrum@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01264-CAP |
| v. | ) | _____ |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court of |
| ABM AVIATION, INC., and | ) | Gwinnett County, Georgia) |
| AIRPORT TERMINAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE AND TYPEFACE COMPLIANCE**

I hereby certify that on this date, I electronically filed the foregoing

**NOTICE OF DEPOSITION OF PLAINTIFF SUE HIATT** with the Clerk of

Court using the CM/ECF system, which will automatically send an e-mail

notification of such filing to the following attorneys of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

Justin M. Kerenyi, Esq.
JD Howard, Esq.
San Crochet, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr., Esq.
Jamie S. Wingler, Esq.
BENTLEY, BENTLEY & BENTLEY
241 Washington Avenue
Marietta, Georgia  30060

Pursuant to Northern District of Georgia Local Rule 5.1, the foregoing certificate is prepared in Times New Roman, 14 point.

This 4th day of December, 2017.

                                                        */s/ Anne M. Landrum*
                                                        Anne M. Landrum
                                                        Georgia Bar No. 433990