IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 1:17-CV-01264-CAP |
| ) | |
| FRONTIER AIRLINES, INC., ATS, and ) | |
| ABM AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT ABM AVIATION, INC.'S AMENDMENT TO ITS INITIAL DISCLOSURES

(10) Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.

**ABM Aviation, Inc. ("ABM") attaches the insurance policy for the date of incident as "Exhibit A." It is producing the policy subject to the Temporary Consent Protective Order filed on December 7, 2017. ABM objects to the sharing and/or use of this document for any reason outside this lawsuit.**

This 7th day of December, 2017.

        Respectfully submitted,

        **HALL BOOTH SMITH, P.C.**

        /s/ Justin M. Kerenyi
        JUSTIN M. KERENYI
        Georgia Bar No. 416623
        JD HOWARD
        Georgia Bar No. 975699

        *Attorneys for Defendant ABM Aviation, Inc.*

191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

## Certification Under L.R.7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant ABM Aviation, Inc. certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 7th day of December, 2017.

        **HALL BOOTH SMITH, P.C.**

        /s/ Justin M. Kerenyi
        JUSTIN M. KERENYI
        Georgia Bar No. 416623
        JD HOWARD
        Georgia Bar No. 975699

        *Attorney for Defendant ABM Aviation, Inc.*

191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day electronically filed with the Clerk of Court ***DEFENDANT ABM AVIATION, INC.'S AMENDMENT TO ITS INITIAL DISCLOSURES*** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| J. Marcus Howard, Esq.<br>POPE & HOWARD, P.C.<br>945 E. Paces Ferry Road, Suite 2525<br>Atlanta, GA  30326<br>mhoward@popehoward.com<br><br>Jamie Wingler, Esq.<br>241 Washington Avenue, N.E.<br>Marietta, Georgia 30060<br>jamie.wingler@bbandblaw.com | Anne M. Landrum, Esq.<br>J. Arthur Mozley, Esq.<br>Mozley, Finlayson & Loggins LLP<br>One Premier Plaza<br>Suite 900<br>5605 Glenridge Drive NE<br>Atlanta, GA 30342<br>alandrum@mfllaw.com<br>amozley@mfllaw.com |

I hereby further certify that I have sent via e-mail each of the above attorneys of record a copy of this filing with the aforementioned Exhibit "A" attached, which has been withheld from the CM/ECF filing pursuant to the Temporary Consent Protective Order.

This 7th day of December, 2017.

**[SIGNATURE APPEARS ON FOLLOWING PAGE]**

**HALL BOOTH SMITH, P.C.**

<u>/s/ Justin M. Kerenyi</u>
JUSTIN M. KERENYI
Georgia Bar No. 416623
JD HOWARD
Georgia Bar No. 975699

*Attorney for Defendants ABM Aviation, Inc.*

191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-5000