### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:17-cv-01264-CAP |
| v. | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., | ) | |
| ABM AVIATION, INC., AND | ) | |
| AIRPORT TERMINAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

COMES NOW Plaintiff, in the above-styled action, by and through her counsel of record, and hereby certifies that she has this day served upon all counsel *Plaintiff's First Interrogatories and First Request for Production of Documents to Defendant ABM Aviation, Inc.* and *Plaintiff's First Interrogatories and First Request for Production of Documents to Defendant Airport Terminal Services, Inc.* by placing a copy of same in the United States Mail with proper postage affixed thereto to the following:

John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Justin M. Kerenyi
JD Howard
Sam Crochet
Hall Booth Smith, PC
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr.
Jamie S. Wingler
Bentley, Bentley & Bentley
241 Washington Ave.
Marietta, Georgia 30060

This 19th day of December, 2017.

POPE & HOWARD, P.C.

*By: /s/ J. Marcus Howard*
J. Marcus Howard
Georgia Bar No. 370076

945 E. Paces Ferry Road                Attorneys for Plaintiffs
Suite 2525, Resurgens Plaza
Atlanta, Georgia 30326
404-885-9999 – phone
mhoward@popehoward.com