# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SUE HIATT,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) **Civil Action File** |
| **v.** | ) **No. 1:17-cv-01264-CAP** |
| | ) |
| **FRONTIER AIRLINES, INC.,** | ) |
| **ABM AVIATION, INC., AND** | ) |
| **AIRPORT TERMINAL SERVICES,** | ) |
| **INC.** | ) |
| | ) |
| *Defendants.* | |

## DEFENDANTS' JOINT MOTION TO MAKE THE TEMPORARY CONSENT PROTECTIVE ORDER PERMANENT, OR IN THE ALTERNATIVE, TO REQUIRE THE RETURN OF MATERIALS PRODUCED PURSUANT TO THE TEMPORARY CONSENT PROTECTIVE ORDER

COME NOW, Defendants Frontier Airlines, Inc. (hereinafter "Frontier"), ABM Aviation, Inc. (hereinafter "ABM") and Airport Terminal Services, Inc. (hereinafter "ATS") and (collectively referred to as "Defendants"), by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) file this motion to make the temporary consent protective order [Doc. 63] permanent, or in the alternative, to require the return of materials produced pursuant to the temporary consent protective order.

Defendants respectfully show that they do not seek protection from any obligation to produce the materials requested in discovery; rather, they seek a confidentiality order precluding the receiving counsel and parties from disseminating the produced materials to parties outside of this litigation or to the general public.

As grounds for said motion, Defendants rely upon their memorandum of law in support of their motion, filed contemporaneously herewith, as well as the attachments thereto.

WHEREFORE, Defendants' respectfully request that this Court enter an order making the Temporary Consent Protective Order permanent, or in the alternative, requiring the return of the material produced pursuant to said Order.

Respectfully submitted this 11th day January 2018.

MOZLEY, FINLAYSON &
LOGGINS, LLP

*/s/Anne M. Landrum*
J. Arthur Mozley
Georgia Bar No. 527700
Anne M. Landrum
Georgia Bar No. 433990
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386
404-245-0700
alandrum@mfllaw.com
*Attorneys for Frontier Airlines, Inc.*

2

JOINED BY:

BENTLEY, BENTLEY & BENTLEY

*/s/ Jamie S. Wingler*
Fred D. Bentley, Jr.
Georgia Bar Number 052850
Jamie S. Wingler
Georgia Bar Number 770708
241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
fred.bentley@bbandblaw.com
jamie.wingler@bbandblaw.com
*Attorneys for Airport Terminal Services, Inc.*

HALL BOOTH SMITH, PC

*/s/ Justin S. Kerenyi*
Justin M. Kerenyi
Georgia Bar No. 416623
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303
404-954-5000
JKerenyi@hallboothsmith.com
*Attorneys for ABM Aviation, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **SUE HIATT,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **Civil Action File** |
| **v.** ) | **No. 1:17-cv-01264-CAP** |
| ) | |
| **FRONTIER AIRLINES, INC.,** ) | |
| **ABM AVIATION, INC., AND** ) | |
| **AIRPORT TERMINAL SERVICES,** ) | |
| **INC.** ) | |
| ) | |
| *Defendants.* | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date caused to be served upon the following counsel of record a true and correct copy of the foregoing **DEFENDANTS' JOINT MOTION TO MAKE THE TEMPORARY CONSENT PROTECTIVE ORDER PERMANENT, OR IN THE ALTERNATIVE, TO REQUIRE THE RETURN OF MATERIALS PRODUCED PURSUANT TO THE TEMPORARY CONSENT PROTECTIVE ORDER** by filing it with the Clerk of Court using the CM/ECF system:

J. Marcus Howard
Pope & Howard, PC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

Fred D. Bentley, Jr.
Jamie S. Wingler
241 Washington Avenue
Marietta, Georgia 30060

4

Justin M. Kerenyi
JD Howard
Anthony Stewart
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

Pursuant to Local Rule 5.1, NDGA, the foregoing pleadings are prepared in

Times New Roman, 14-point type.

Dated this 11th day of January 2018.

*/s/ Anne M. Landrum*
John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

#445312

5