EXHIBIT 2

## Anne M. Landrum

| | |
|---|---|
| From: | Anne M. Landrum |
| Sent: | Wednesday, December 13, 2017 4:31 PM |
| To: | 'Marc Howard'; 'Sam Crochet'; Jamie Wingler; Karen Wayman |
| Subject: | RE: Hiatt v. Frontier, et al. - CONFIDENTIAL DOCUMENT PRODUCTION |
| Attachments: | FRON00019-FRON00025.pdf |

Dear All,

Attached are the portions of the Frontier Airlines Flight Attendants' Manual that deal with special customer handling. These documents are bates-stamped and marked "confidential" at the bottom of each page and are being produced subject to the confidentiality order that was entered earlier this week.

I am working on getting the sections of the FAM on providing in-flight medical assistance, as well as the contracts between Frontier and ABM and ATS.

Best regards,

Anne M. Landrum
Partner / Aviation Litigation / Insurance Coverage

Direct.404.845.1949
Tel.404.845.1949
Fax.404.250.9355
alandrum@mfllaw.com



MOZLEY | FINLAYSON | LOGGINS
LLP
CELEBRATING 40 YEARS
1977-2017

NOTICE: This message originates from the law firm of Mozley, Finlayson & Loggins LLP. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. All attachments are believed to be free of viruses, but any attachments should be checked for viruses before being opened. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Mozley, Finlayson & Loggins LLP.

CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we hereby inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (2) promoting, marketing, or recommending to another party any transaction, arrangement, or other matter.