# EXHIBIT 3

# Anne M. Landrum

| | |
|---|---|
| **From:** | Anne M. Landrum |
| **Sent:** | Thursday, December 14, 2017 3:56 PM |
| **To:** | 'Marc Howard'; 'Jamie.Wingler@bbandblaw.com'; 'Justin M. Kerenyi'; 'Sam Crochet'; 'Karen Wayman' |
| **Subject:** | RE: Hiatt v. Frontier Airlines, et. al. - ADDITIONAL FRONTIER DOCUMENT PRODUCTION - CONFIDENTIAL |
| **Attachments:** | FRON00026-FRON00119.pdf |

Dear All,

Attached are the portions of Frontier Airlines Flight Attendants' Manual dealing with emergency medical conditions during flight, along with the contracts between Frontier and ABM Aviation and ATS. I am advised that a written contract between Frontier and ATS did not exist in 2016, and that the 2017 contract that I have produced accurately reflects the non-written agreement that was in effect in 2016. These documents are marked "confidential" and are being produced pursuant to the terms of the confidentiality order entered in this case.

Both contracts refer to a "Main Agreement," which is the Swissport Standard Ground Handling Agreement that is standard in the industry and used by numerous ground handlers and airlines. It is not a Frontier "confidential" document. It can be found at the following link: http://www.swissport.com/fileadmin/downloads/publications/15-2964_HB_Ground_SGHA_2015_komplett.pdf.

This concludes all of the "confidential" documents being produced by Frontier in response to plaintiff's discovery requests.

Best regards,

Anne M. Landrum
Partner / Aviation Litigation / Insurance Coverage

Direct.404.845.1949
Tel.404.845.1949
Fax.404.250.9355
alandrum@mfllaw.com



MOZLEY | FINLAYSON | LOGGINS
LLP
CELEBRATING 40 YEARS



NOTICE: This message originates from the law firm of Mozley, Finlayson & Loggins LLP. The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. All attachments are believed to be free of viruses, but any attachments should be checked for viruses before being opened. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to Mozley, Finlayson & Loggins LLP.

CIRCULAR 230 DISCLOSURE: To comply with Treasury Department regulations, we hereby inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (2) promoting, marketing, or recommending to another party any transaction, arrangement, or other matter.