IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT,<br><br>　　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. and<br>ABM AVIATION, INC.,<br><br>　　　Defendants. | CIVIL ACTION<br><br>FILE NO. 1:17-CV-02164-CAP |

**RULE 5.4 CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **ABM's Response to Plaintiff's First Interrogatories and First Request for Production of Documents** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Marcus Howard
**POPE & HOWARD, P.C.**
945 E. Paces Ferry Road, Suite 2525
Atlanta, GA  30326

Anne M. Landrum
J. Arthur Mozle
**MOZLEY, FINLAYSON &
LOGGINS LLP**
One Premier Plaza, Suite 900
5605 Glenridge Drive N.E.
Atlanta, GA 30342

This 22nd day of January, 2018.

**HALL BOOTH SMITH, P.C.**

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303
404/954-5000 | 404/954-5020 – Fax

*/s/ JD Howard*
JD HOWARD
Georgia Bar No. 975699
*Attorney for Defendant ABM Aviation, Inc.*

-21-