IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
| | )  **Civil Action File** |
| v. | )  **No. 1:17-cv-01264-CAP** |
| | ) |
| FRONTIER AIRLINES, INC., | ) |
| ABM AVIATION, INC., AND | ) |
| AIRPORT TERMINAL SERVICES, | ) |
| INC. | ) |
| | ) |
|    *Defendants*. | |

## RULE 5.4 CERTIFICATE REGARDING DISCOVERY

Pursuant to Northern District of Georgia Local Rule 5.4, we hereby certify that on this day, we served Airport Terminal Services, Inc.'s Responses and Objections to Plaintiff's First Interrogatories and First Request for Production of Documents to Defendant, upon all counsel of record by depositing same in the United States Mail, with adequate postage thereon, addressed as follows:

J. Marcus Howard
Pope & Howard, PC
945 East Paces Ferry Road
Suite 2525
Atlanta, Georgia 30326

1

John Arthur Mozley
Anne M. Landrum
Mozley, Finlayson & Loggins
5605 Glenridge Drive
One Premier Plaza, Suite 900
Atlanta, Georgia 30342-1386

Justin M. Kerenyi
JD Howard
Anthony Stewart
Hall Booth Smith, PC
191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

  We further certify that we have, this day, electronically filed this Rule 5.4 Certificate Regarding Discovery with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this matter.

  Pursuant to Local Rule 5.1, NDGA, the foregoing pleadings are prepared in Times New Roman, 14 point type.

Dated this 1st day of February 2108.

                                    **BENTLEY, BENTLEY & BENTLEY**

                                    */s/ Jamie S. Wingler*
                                    Fred D. Bentley, Jr.
                                    Georgia Bar Number 052850
                                    Jamie S. Wingler
                                    Georgia Bar Number 770708
                                    *Attorneys for Airport Terminal Services, Inc.*

241 Washington Avenue
Marietta, Georgia 30060
770-422-2300 Telephone
770-424-5820 Fax
Email:       fred.bentley@bbandblaw.com
               jamie.wingler@bbandblaw.com