**BENTLEY, BENTLEY & BENTLEY**

*Attorneys at Law*

241 WASHINGTON AVENUE
MARIETTA, GEORGIA 30060
(770) 422-2300
BBANDBLAW.COM

FRED D. BENTLEY, SR.
FRED D. BENTLEY, JR.*
R. RANDALL BENTLEY, SR.

————

ESTABLISHED 1948

————

FACSIMILE NO.:
(770) 424-5820

*ADMITTED TO PRACTICE IN
LOUISIANA AND TEXAS

OF COUNSEL

————

SAM P. HENSLEY, JR.
JAMIE S. WINGLER
LAUREN L. MCKENZIE
STAN D. BABB
COLEEN D. HOSACK
B. BLAKE HUNGERFORD

————

ASSOCIATE ATTORNEYS

————

J. MATTHEW BENTLEY

February 5, 2018

The Honorable Charles A. Pannell, Jr.
U.S. District Court for the Northern District of Georgia
2388 Richard B. Russell Federal Bldg. – U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303

RE:     *Sue Hiatt v. Airport Terminal Services, Inc. et al.*
         U.S. District Court for the Northern District of Georgia; Atlanta Division;
         Civil Action File No.  1:17-CV-01264-CAP

Dear Judge Pannell:

        Please accept this as my Notice of Leave of Absence.  I am the lead counsel for Defendant, Airport Terminal Services, Inc., in the above referenced matter.  I respectfully request that this case not be calendared during my leave of absence for the following time periods:

                O  April 4, 2018 through April 6, 2018, for a seminar ; and

                O  April 12, 2018 through April 30, 2018, for a family vacation.

        Thank you for your consideration.

                                Sincerely,

                                Fred B.

                                Fred D. Bentley, Jr.

FDBjr/svw
cc:     J. Marcus Howard
        John Arthur Mozley
        Anne M. Landrum
        Justin M. Kerenyi
        JD Howard