IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01264-CAP |
| v. | ) | _____ |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court of |
| ABM AVIATION, INC., and | ) | Gwinnett County, Georgia) |
| AIRPORT TERMINAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF DEPOSITION OF JIM HIATT

TO:   Jim Hiatt
      c/o J. Marcus Howard, Esq.
      POPE & HOWARD, P.C.
      945 E. Paces Ferry Road
      Suite 2525
      Atlanta, GA  30326

**YOU ARE HEREBY NOTIFIED** that on **February 20, 2018**, commencing at 9:00 a.m. or such other time upon which the parties may agree, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, at the office of DepoMaxMerit Litigation Services, 333 South Rio Grande Street, Salt Lake City, Utah 84101, counsel for defendant Frontier Airlines, Inc. will take the deposition of **JIM HIATT**, upon oral examination for purposes of discovery, cross-examination, and all other

purposes permitted under the Federal Rules of Civil Procedure.  The deposition will take place before an officer duly authorized by law to administer oaths and to take and transcribe said deposition.  The deposition will continue from day to day until it is completed.

This 13th day of February, 2018.

                                               */s/ Anne M. Landrum*
                                               Anne M. Landrum
                                               Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
alandrum@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SUE HIATT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 1:17-cv-01264-CAP |
| v. | ) | _____ |
| | ) | (Civil Action No. 17C01240-4 |
| FRONTIER AIRLINES, INC., | ) | removed from the State Court of |
| ABM AVIATION, INC., and | ) | Gwinnett County, Georgia) |
| AIRPORT TERMINAL SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE AND TYPEFACE COMPLIANCE**

I hereby certify that on this date, I electronically filed the foregoing

**AMENDED NOTICE OF DEPOSITION OF PLAINTIFF JIM HIATT** with

the Clerk of Court using the CM/ECF system, which will automatically send an e-

mail notification of such filing to the following attorneys of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

Justin M. Kerenyi, Esq.
JD Howard, Esq.
San Crochet, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr., Esq.
Jamie S. Wingler, Esq.
BENTLEY, BENTLEY & BENTLEY
241 Washington Avenue
Marietta, Georgia  30060

Pursuant to Northern District of Georgia Local Rule 5.1, the foregoing certificate is prepared in Times New Roman, 14 point.

This 13th day of February, 2018.

/s/ Anne M. Landrum
Anne M. Landrum
Georgia Bar No. 433990