

945 EAST PACES FERRY R.D., SUITE 2525
ATLANTA, GEORGIA 30326
404-885-9999 FAX: 404-885-9998
WWW.POPEHOWARD.COM

February 21, 2018

**VIA ELECRONIC FILING**
Don Stanhope, Courtroom Deputy to
The Honorable Charles A. Pannell, Jr.
2367 Richard B. Russell Federal Building
  And United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303-3309

      Re:    <u>Sue Hiatt v. Frontier Airlines, Inc.</u>
              Civil Action File No. 1:17-CV-01264-CAP

Dear Mr. Stanhope:

     As lead counsel for the Plaintiff in the above styled action, I hereby respectfully request that this case not be calendared during the following time periods when I will be away from the practice of law:

1. March 30, 2018 through April 5, 2018 (personal travel);

2. April 13, 2018 through April 16, 2018 (personal travel);

3. May 4, 2018 through May 7, 2018 (personal travel);

4. July 18, 2018 through August 3, 2018 (family vacation);

5. November 21, 2018 through November 26, 2018 (Thanksgiving holidays);

6. December 21, 2018 through January 2, 2019 (Christmas holidays).

     Thank you for your consideration of this request. If you should have any questions, please do not hesitate to contact me.

                                Very truly yours,

                                J. Marcus Howard

JMH/kw
cc: all defense counsel