IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff*, ) | CIVIL ACTION FILE |
| ) | NO.: 1:17-cv-01264-CAP |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL ) | |
| SERVICES, INC., ) | |
| ) | |
| *Defendants*. ) | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

COME NOW, plaintiff SUE HIATT and defendants FRONTIER AIRLINES, INC. ("Frontier"), ABM AVIATION, INC. ("ABM"), and AIRPORT TERMINAL SERVICES, INC. ("ATS") (collectively the "Parties"), parties in the above-styled action, by and through the undersigned counsel, and hereby jointly move the Court to amend the scheduling order as follows:

1.

Pursuant to the Amended Joint Preliminary Report and Discovery Plan dated September 25, 2017 [Doc. 49] and the Scheduling Order dated September 26, 2017 [Doc. 50], the Parties currently are on an eight-month discovery track, which ends on May 10, 2018. [Doc. 49, p. 7 of 13].

1

2.

The parties have diligently engaged in discovery including exchanging written discovery requests and responses and obtaining documents from numerous third parties including plaintiff's medical providers and first responders in Salt Lake City, Utah. The depositions of plaintiff and her son and plaintiff's first responders scheduled for December 19 and 20, 2017 in Salt Lake City had to be rescheduled due to the power outage that occurred at Hartsfield-Jackson International Airport on December 18, 2017, which prevented counsel for the parties from flying to the scheduled depositions. The depositions of plaintiff and her son finally were completed on February 19, and 20, 2018 in Salt Lake City. The depositions of the three first responders have been re-scheduled to take place in Salt Lake City on March 29, 2018. The parties are arranging the depositions of passengers on the incident flight to take place in Georgia in the near future.

3.

After completion of the depositions of these fact witnesses described above, the parties wish to attempt to resolve this case by mutual agreement possibly including a mediation.

4.

In order to facilitate settlement, the parties wish to avoid incurring the substantial expenses connected with deposing multiple corporate and factual witnesses employed by defendants, plaintiff's family members and other witnesses identified by the parties, plaintiff's treating physicians in Utah, and retaining and deposing expert witnesses on the issues of liability and damages.

5.

The parties anticipate that the depositions of the fact witnesses described in paragraph 2 above can be completed by the end of April 2018 and settlement talks and/or mediation completed by the end of May, 2018.

6.

The parties therefore request that an order be entered adopting the following discovery deadlines:

7.

If the case is not resolved with regard to all parties by May 31, 2018, the remaining discovery periods will be as follows:

8.

The first phase of the remaining discovery will end on July 31, 2018, and defendants will make their corporate and employee witnesses available for depositions during the months of June and July.

9.

The Parties will be permitted to file dispositive motions up to and including August 30, 2018.

10.

After the final resolution of any dispositive motions, if the case remains pending against any party, the second phase of the remaining discovery will commence and conclude on dates approved by the Court.

11.

All remaining motions including *Daubert* motions will be filed no later than 30 days following the conclusion of all discovery.

WHEREFORE, the parties respectfully request that the Court consider and grant the parties' request for an amended scheduling order. A proposed order is attached as an exhibit to this motion.

Respectfully submitted this 16th day of March, 2018.

| | |
|---|---|
| */s/ J. Marcus Howard* | */s/ Anne M. Landrum* |
| J. Marcus Howard | Anne M. Landrum |
| Georgia Bar No. 370076 | Georgia Bar No. 433990 |
| Pope & Howard, P.C. | Mozley, Finlayson & Loggins, LLP |
| 945 East Paces Ferry Road | 5605 Glenridge Drive |
| Suite 2525, Resurgens Plaza | One Premier Plaza, Suite 900 |
| Atlanta, Georgia 30326 | Atlanta, Georgie 30342-1386 |
| (404) 885-9999 | (404) 256-0700 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | Frontier Airlines, Inc. |
| | |
| */s/ Justin Kerenyi* | */s/ Jamie S. Wingler* |
| Justin Kerenyi | Jamie S. Wingler |
| Georgia Bar No. 461623 | Georgia Bar No. 770708 |
| Hall Booth Smith, PC | Bentley, Bentley & Bentley |
| 191 Peachtree St. NE, Suite 2900 | 241 Washington Ave. |
| Atlanta, Georgia 30303 | Marietta, Georgia 30060 |
| (404) 954-5000 | (770) 422-2300 |
| Attorneys for Defendant | Attorneys for Defendant |
| ABM Aviation, Inc. | Airport Terminal Services, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, ) | |
| ) | |
| *Plaintiff,* ) | CIVIL ACTION FILE |
| ) | NO.: 1:17-cv-01264-CAP |
| v. ) | |
| ) | |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., AND ) | |
| AIRPORT TERMINAL ) | |
| SERVICES, INC., ) | |
| ) | |
| *Defendants*. ) | |

**AMENDED SCHEDULING ORDER**

Upon review of the Joint Motion to Amend the Scheduling Order ("motion"), the Court orders that the remaining discovery deadlines shall be those stated in the motion.

SO ORDERED this ____ day of _____, 2017.


_____
Honorable Charles A. Pannell, Jr.
United States District Judge

65605188-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>FRONTIER AIRLINES, INC., )<br>ABM AVIATION, INC., AND )<br>AIRPORT TERMINAL )<br>SERVICES, INC., )<br>)<br>*Defendants*. ) | CIVIL ACTION FILE<br>NO.: 1:17-cv-01264-CAP |

## CERTIFICATE OF SERVICE AND TYPEFACE COMPLIANCE

I hereby certify that on this date, I electronically filed the foregoing **JOINT MOTION TO AMEND THE SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following attorneys of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326

65605188-1

Justin M. Kerenyi, Esq.
JD Howard, Esq.
San Crochet, Esq.
HALL BOOTH SMITH, P.C.
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303

Fred D. Bentley, Jr., Esq.
Jamie S. Wingler, Esq.
BENTLEY, BENTLEY & BENTLEY
241 Washington Avenue
Marietta, Georgia  30060

Pursuant to Northern District of Georgia Local Rule 5.1, the foregoing certificate is prepared in Times New Roman, 14 point.

This 16th day of March, 2018.

                                                 */s/ Anne M. Landrum*
                                                 Anne M. Landrum
                                                 Georgia Bar No. 433990