UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT,<br><br>   Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES, INC.,<br>ABM AVIATION, INC, and<br>AIRPORT TERMINAL<br>SERVICES, INC.,<br><br>   Defendants. | CIVIL ACTION NO.<br><br>1:17-CV-01264-CAP |

# O R D E R

This matter is before the court on the parties' joint motion to amend the scheduling order [Doc. No. 79], which seeks to extend the discovery period from May 10, 2018 to July 31, 2018, with dispositive motions due August 30, 2018. The motion also references a "second phase" of discovery that may commence following the resolution of dispositive motions. The court notes that while the parties previously requested time for fact and expert discovery in their most recent preliminary report and discovery plan [Doc. No. 49], they requested only one deadline for discovery, which was May 10, 2018. Accordingly, the court **GRANTS** the parties' joint motion [Doc. No. 79] such that all discovery shall end on July 31, 2018, and any *Daubert* motions and

motions for summary judgment shall be filed within thirty (30) days of the close of discovery.

    **SO ORDERED** this  19th  day of March, 2018.

                                           <u>/s/CHARLES A. PANNELL, JR.</u>
                                           CHARLES A. PANNELL, JR.
                                           United States District Judge