

945 EAST PACES FERRY RD., SUITE 2525
ATLANTA, GEORGIA 30326
404-885-9999 FAX: 404-885-9998
WWW.POPEHOWARD.COM

June 15, 2018

**VIA ELECRONIC FILING**
Don Stanhope, Courtroom Deputy to
The Honorable Charles A. Pannell, Jr.
2367 Richard B. Russell Federal Building
  And United States Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303-3309

      **Re:**    **Sue Hiatt v. Frontier Airlines, Inc.**
              **Civil Action File No. 1:17-CV-01264-CAP**

Dear Mr. Stanhope:

     As counsel for the Plaintiff in the above styled action, I hereby respectfully request that this case not be calendared during the following time periods when I will be away from the practice of law:

        1.     July 23, 2018 through July 25, 2018 (vacation);

        2.     August 6, 2018 through August 14, 2018 (continuing legal education);

        3.     October 10, 2018 through October 15, 2018 (vacation);

        4.     November 14, 2018 through November 26, 2018 (vacation); and

        5.     December 17, 2018 through January 4, 2019 (vacation)

     Thank you for your consideration of this request. If you should have any questions, please do not hesitate to contact me.

                                                         Very truly yours,

                                                         Geoffrey E. Pope

GEP/ksc
cc: all defense counsel