

**HALL BOOTH SMITH, P.C.**

| **Justin M. Kerenyi** | 191 Peachtree St. NE, Suite 2900 |
| P: (404) 954-6961 | Atlanta, Georgia  30303-1775 |
| E: JKerenyi@hallboothsmith.com | W: www.hallboothsmith.com |
| | P: (404) 954-5000  F: 678-539-1573 |

June 25, 2018

The Honorable Charles A. Pannell, Jr.
U.S. District Court for the Northern District of Georgia
2388 Richard B. Russell Federal Building – U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303-3309

    Re: <u>Sue Hiatt v. Frontier Airlines, Inc. and ABM Aviation, Inc.</u>
      U.S. District Court for the Northern District; Atlanta Division;
      Civil Action File No. 1:17-CV-01264-CAP

Dear Judge Pannell:

  I am lead counsel for Defendant ABM Aviation, Inc. in the above-referenced matter.  I respectfully request a Leave of Absence for the following time periods.  If I may provide any further information to facilitate this request, please let me know.

- **July 12 - 13, 2018 (Firm Meeting)**;

- **July 18 - 23, 2018 (Out of town / Vacation)**;

- **November 21 - 26, 2018 (Thanksgiving holiday)**; and

- **December 21, 2018 - January 2, 2019 (End of year holidays / Vacation)**.

  Thank you for your consideration.

                Sincerely yours,
                ***HALL, BOOTH, SMITH, P.C.***

                Justin M. Kerenyi

JMK:cpt
cc:  Counsel of Record

