UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUE HIATT,

        Plaintiff,

    v.

FRONTIER AIRLINES, INC.,
ABM AVIATION, INC, and
AIRPORT TERMINAL
SERVICES, INC.,

        Defendants.

CIVIL ACTION NO.

1:17-CV-01264-CAP

## O R D E R

On March 19, 2018, this court entered an order [Doc. No. 80] extending discovery until July 31, 2018.  The discovery period has not been further extended, nor have the parties filed dispositive motions. Pursuant to Local Rule 16.4, the proposed consolidated pretrial order is overdue.  The parties are **ORDERED** to file the proposed consolidated pretrial order **no later than September 27, 2018**.  Failure to meet this deadline will result in dismissal.

    **SO ORDERED** this 13th day of September, 2018.

        /s/CHARLES A. PANNELL, JR.
        CHARLES A. PANNELL, JR.
        United States District Judge