IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| v. | ) 1:17-CV-01264-CAP |
| | ) |
| FRONTIER AIRLINES, INC. | ) |
| ABM AVIATION, INC., AND | ) |
| AIRPORT TERMINAL | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## **DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Sue Hiatt, by and through her counsel of record and hereby authorizes and directs the Clerk of the Court to mark upon all of the records of this court that this Civil Action is hereby Dismissed with Prejudice. Each party shall bear his, her or its own costs.

This 13th day of September, 2018.

                                  **POPE & HOWARD, P.C.**

                                  */s/ J. Marcus Howard*
                                  J. Marcus Howard, Esq.
                                  Georgia Bar No. 370076

                                  *Counsel for Plaintiff*

945 E. Paces Ferry Road, Suite 2525
Atlanta, GA 30326
404-885-9999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed with the Clerk of Court the ***DISMISSAL WITH PREJUDICE*** using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

|  |  |
|---|---|
| Justin M. Kerenyi, Esq.<br>Hall Booth Smith, P.C.<br>191 Peachtree Street, NE<br>Suite 2900<br>Atlanta, GA 30303 | Anne M. Landrum, Esq.<br>J. Arthur Mozley, Esq.<br>Mozley, Finlayson & Loggins LLP<br>One Premier Plaza, Suite 900<br>5605 Glenridge Drive NE<br>Atlanta, GA 30342 |
| Fred D. Bentley, Jr., Esq.<br>Jamie S. Wingler, Esq.<br>Bentley, Bentley & Bentley<br>241 Washington Avenue<br>Marietta, GA  30060 | |

This 13 day of September, 2018.

**POPE & HOWARD, P.C.**

*/s/ J. Marcus Howard*
J. Marcus Howard, Esq.
Georgia Bar No. 370076

*Attorney for Plaintiff*

945 E. Paces Ferry Road, Suite 2525
Atlanta, GA 30326
404-885-9999