
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:17-CV-01264-CAP |
| FRONTIER AIRLINES, INC., ) | |
| ABM AVIATION, INC., and ) | |
| AIRPORT TERMINAL SERVICES, INC. ) | |

## DISMISSAL WITH PREJUDICE OF THE CROSS-CLAIM OF DEFENDANT FRONTIER AIRLINES, INC. AGAINST <u>DEFENDANT ABM AVIATION, INC.</u>

Defendant/cross-claimant Frontier Airlines, Inc. ("Frontier") hereby dismisses with prejudice its cross-claim against defendant ABM Aviation, Inc. Frontier respectfully requests that the Clerk of Court mark the records of the Court accordingly. Each party shall bear its own costs.

This 18th day of September, 2018.

> */s/ Anne M. Landrum*
> Anne M. Landrum
> Georgia Bar No. 433990
> *Attorney for Frontier Airlines, Inc.*

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
alandrum@mfllaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT            ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.                ) | CIVIL ACTION FILE NO. |
| ) | 1:17-CV-01264-CAP |
| FRONTIER AIRLINES, INC.,   ) | |
| ABM AVIATION, INC., and    ) | |
| AIRPORT TERMINAL SERVICES, INC.  ) | |

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date, I electronically filed the foregoing **DISMISSAL WITH PREJUDICE OF THE CROSS-CLAIM OF DEFENDANT FRONTIER AIRLINES, INC. AGAINST DEFENDANT ABM AVIATION, INC.** with the Clerk of Court using the CM/ECF system, which will insure service upon counsel of record:

J. Marcus Howard, Esq.
Geoffrey E. Pope, Esq.
POPE & HOWARD, P.C.
945 E. Paces Ferry Road
Suite 2525
Atlanta, GA  30326
*Attorneys for plaintiff*

3

Justin M. Kerenyi
JD Howard
Sam Crochet
HALL BOOTH SMITH, P.C.
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303
*Attorneys for defendant ABM Aviation, Inc.*

Fred D. Bentley, Jr.
Jamie S. Wingler
241 Washington Avenue
Marietta, Georgia 30060
*Attorney for defendant Airport Terminal Services, Inc.*

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in Times New Roman, 14 point.

This 18th day of September, 2018.

> */s/ Anne M. Landrum*
> Anne M. Landrum
> Georgia Bar No. 433990

MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
404.256.0700 Telephone
404.250.9355 Facsimile
alandrum@mfllaw.com

#459019