UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUE HIATT, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:17-CV-01264-CAP |
| FRONTIER AIRLINES, INC., ABM AVIATION, INC, and AIRPORT TERMINAL SERVICES, INC., | |
| Defendants. | |

ORDER

This matter is before the court on the plaintiff's notice of voluntary dismissal with prejudice [Doc. No. 84], which the court construes as a motion for voluntarily dismissal by court order under Federal Rule of Civil Procedure ("Rule") 41(a)(2).[1] The defendants have stated to the court that they do not object to the plaintiff's motion.

Accordingly, the plaintiff's motion [Doc. No. 84] is **GRANTED** and this matter is **DISMISSED** with prejudice.

---

[1] The plaintiff's motion appears to seek dismissal without a court order under Rule 41(a)(1). Because the plaintiff's motion does not contain a stipulation of dismissal signed by all parties, as required under Rule 41(a)(1), the court considers it under Rule 41(a)(2).

2

SO ORDERED this 18th day of September, 2018.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge

2